**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,

*Plaintiffs*,

v.

SOUTHWEST AIRLINES CO.,

*Defendant.*

Civil Action No. 7:24-cv-00277

**ADDENDUM TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

JURY TRIAL DEMANDED

| Patent or Trademark No. | Date of Patent Or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 7,324,469 | 1/29/2008 | INTELLECTUAL VENTURES II LLC |
| 7,257,582 | 8/14/2007 | INTELLECTUAL VENTURES I LLC |