**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 7:24-cv-00277 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHWEST AIRLINES CO., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |

**INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs"), file

this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the

following:

Plaintiffs certify that there are no parents, subsidiaries, and/or affiliates of said parties that

have issued shares or debt securities to the public.

Dated:  November 2, 2024    RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
   Mark D. Siegmund (TX Bar No. 24117055)
   msiegmund@cjsjlaw.com
   **CHERRY JOHNSON SIEGMUND**
   **JAMES PLLC**
   7901 Fish Pond Rd., 2nd Floor
   Waco, Texas 76710
   Telephone: (254) 732-2242

   Jonathan K. Waldrop (CA Bar No. 297903)
   (Admitted in this District)
   jwaldrop@kasowitz.com
   Darcy L. Jones (CA Bar No. 309474)
   (Admitted in this District)
   djones@kasowitz.com
   Marcus A. Barber (CA Bar No. 307361)
   (Admitted in this District)
   mbarber@kasowitz.com
   John W. Downing (CA Bar No. 252850)
   (Admitted in this District)
   jdowning@kasowitz.com
   Heather S. Kim (CA Bar No. 277686)
   (Admitted in this District)
   hkim@kasowitz.com
   ThucMinh Nguyen (CA Bar No. 304382)
   (Admitted in this District)
   tnguyen@kasowitz.com
   **KASOWITZ BENSON TORRES LLP**
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
   Telephone: (650) 453-5170
   Facsimile: (650) 453-5171

   **Attorneys for Plaintiffs**
   **INTELLECTUAL VENTURES I, LLC**
   **INTELLECTUAL VENTURES II, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 2nd day of November, 2024, via the Court's CM/ECF system.

By: */s/ Mark D. Siegmund*      
        Mark D. Siegmund