IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:24-cv-00277-DC |

**UNOPPOSED MOTION FOR EXTENSION OF ANSWER DEADLINE**

Defendant Southwest Airlines Co. moves for a 45-day extension of the answer deadline, currently November 26, 2024. The requested extension will move the answer deadline back to January 10, 2025, which will allow Southwest's counsel time to evaluate the case, allow the parties an opportunity to evaluate the possibility of early settlement, and avoid conflicts with the upcoming holidays. Plaintiffs are unopposed to this request. Accordingly, Southwest respectfully requests that the Court grant this motion and extend Southwest's deadline to answer or otherwise respond to the complaint to January 10, 2025.

Dated: November 20, 2024                    Respectfully submitted,

*/s/ S. Wallace Dunwoody*
**Michael C. Wilson**
State Bar No. 21704590
mwilson@munckwilson.com
**S. Wallace Dunwoody**
State Bar No. 24040838
wdunwoody@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

**Tri T. Truong**
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that I conferred with Mark Siegmund, counsel for Plaintiffs, on November 20, 2024, regarding this motion and the relief requested herein. Plaintiffs' counsel confirmed that Plaintiffs are unopposed to the motion and relief requested.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served this 20th day of November, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody