# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | § § § § § § § § § § § § | Civil Action No. 7:24-cv-00277-DC |

## ORDER

Defendant Southwest Airlines Co.'s Unopposed Motion for Extension of Answer Deadline is GRANTED. It is ORDERED that Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint is extended to January 10, 2025.

IT IS SO ORDREED this _____ day of November, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE