# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 7:24-cv-00277-DC |
| v. | § § | |
| SOUTHWEST AIRLINES CO., | § § § | |
| *Defendant*. | § | |

## **ORDER**

Defendant Southwest Airlines Co.'s Second Unopposed Motion for Extension of Answer Deadline is GRANTED. It is ORDERED that Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint is extended to January 27, 2025.

IT IS SO ORDREED this _____ day of December, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE