IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> Defendant. | Civil Action No. 7:24-cv-00277-ADA <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF S. WALLACE DUNWOODY

I, S. Wallace Dunwoody, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am admitted to practice before this Court. I am a partner at Munck Wilson Mandala, LLP and counsel of record for Defendant Southwest Airlines Co. ("Defendant" or "Southwest").

2. I submit this Declaration in support of Southwest's Rule 12(b)(6) Motion to Dismiss.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the prosecution history of U.S. Patent Application No. 10/375,893, issued as U.S. Patent 7,257,582.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 27, 2025

/s/ S. Wallace Dunwoody
S. Wallace Dunwoody

6947470

1