# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>       *Defendant*. | )<br>)<br>)<br>)  **C.A. No. 7:24-cv-00277-ADA**<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## JOINT NOTICE REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendant Southwest Airlines Co., hereby notify the Court that the parties have agreed to extend Plaintiffs' deadline to respond to Defendant Southwest Airlines Co.'s Motion to Dismiss by 30 days. This extension will change Plaintiffs' deadline to respond from February 10, 2025, to March 12, 2025.

Dated: February 5, 2025                    RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    Cherry Johnson Siegmund James PLLC
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    *Attorneys for Intellectual Ventures I LLC and Intellectual Ventures II LLC*

By: */s/ S. Wallace Dunwoody*
    **Michael C. Wilson**
    State Bar No. 21704590
    mwilson@munckwilson.com
    **S. Wallace Dunwoody**
    State Bar No. 24040838
    wdunwoody@munckwilson.com
    **Munck Wilson Mandala, LLP**

Case 7:24-cv-00277-ADA     Document 16     Filed 02/05/25     Page 3 of 3

2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

**Tri T. Truong**
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

**David G. Henry**
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

*Attorneys for Southwest Airlines*