# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF S. WALLACE DUNWOODY

I, S. Wallace Dunwoody, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the State of Texas and am admitted to practice before this Court. I am a partner at Munck Wilson Mandala, LLP and counsel of record for Defendant Southwest Airlines Co. ("Defendant" or "Southwest").

2. Attached hereto as Exhibit A is a true and correct copy of Exhibit 4 to Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Preliminary Infringement Contentions, which were served on February 10, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 5 to Intellectual Ventures I LLC's and Intellectual Ventures II LLC's Preliminary Infringement Contentions, which were served on February 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 26, 2025

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody