**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | **Civil Action No. 7:24-cv-00277-ADA**<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER AGREED SCHEDULING ORDER

TO THE HONORABLE COURT:

Pursuant to the Court's January 23, 2024 (OGP 4.4) Standing Order, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest") (collectively, the "Parties"), jointly submit this Joint Motion to Enter Agreed Scheduling Order. The Parties agree on the case schedule attached as Exhibit A.

Dated:    March 4, 2025                    Respectfully submitted,

<table>
<tr><td>

By: /s/ S. Wallace Dunwoody

Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

</td><td>

By: /s/ Jonathan K. Waldrop

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**Cherry Johnson Siegmund James PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 4th day of March 2025, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | **Civil Action No. 7:24-cv-00277-ADA** |
| *Plaintiffs,* | |
| v. | **JURY TRIAL DEMANDED** |
| SOUTHWEST AIRLINES CO., | |
| *Defendant.* | |

**AGREED SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| 2/11/2025 | Plaintiffs serve preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiffs shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| March 4, 2025 | Deadline to file an agreed Scheduling Order. |
| March 12, 2025 | Deadline to file Response to Motion to Dismiss. |
| April 8, 2025 | Defendant serves Preliminary Invalidity Contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| April 22, 2025 | Deadline to exchange claim terms for construction. |
| May 6, 2025 | Deadline to exchange proposed claim constructions. |
| May 13, 2025 | Deadline to disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item |

| Deadline | Item |
|---|---|
| | by production number or produce a copy of any such item if not previously produced. |
| May 20, 2025 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 27, 2025 | Defendant files Opening Claim Construction Brief. |
| June 17, 2025 | Plaintiffs file Responsive Claim Construction Brief. |
| July 1, 2025 | Defendant files Reply Claim Construction Brief. |
| July 1, 2025 | Deadline to jointly email law clerks to confirm *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| July 15, 2025 | Plaintiffs file Sur-Reply Claim Construction Brief. |
| July 18, 2025 | Joint Claim Construction Statement (email law clerk's editable copy). *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| July 18, 2025 | Deadline to submit optional technical tutorials. |
| July 29, 2025 (9 AM) | *Markman* Hearing |
| July 30, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures. |
| November 7, 2025 | Deadline to add parties. |
| November 21, 2025 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 18, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| January 27, 2026 | Deadline for the first of two meet and confers to discuss narrowing number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| February 26, 2026 | Close of Fact Discovery |
| March 5, 2026 | Opening Expert Reports |
| April 2, 2026 | Rebuttal Expert Reports |
| April 30, 2026 | Close of Expert Discovery |
| May 7, 2026 | Deadline for the second of two meet and confers to discuss narrowing number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial |

| Deadline | Item |
|---|---|
| | time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| May 14, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| May 21, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists and deposition designations). |
| June 2, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 2, 2026 | Deadline to Jointly email law clerk to confirm their pretrial conference and trial dates. |
| June 9, 2026 | Serve objections to rebuttal disclosures; file motions *in limine.* |
| June 16, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations).<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| June 16, 2026 | File oppositions to motions *in limine.* |
| June 23, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| June 23, 2026 | Deadline to file replies to motions *in limine.* |
| June 29, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* |
| July 1, 2026 | File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| July 6, 2026 | Final Pretrial Conference (in person unless otherwise requested). |

| Deadline | Item |
|---|---|
| July 27, 2026 | Jury Selection/Trial |
| 14 days after a jury verdict | Parties shall file a joint proposed final judgment. |

SIGNED this _____ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE