# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    *Defendant*. | )<br>)<br>)<br>) **C.A. No. 7:24-cv-00277-ADA**<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

### JOINT NOTICE REGARDING SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS

  Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendant Southwest Airlines Co., hereby notify the Court that the parties have agreed to extend Plaintiffs' deadline to respond to Defendant Southwest Airlines Co.'s Motion to Dismiss by 7 days. This extension will change Plaintiffs' deadline to respond from March 12, 2025 to March 19, 2025.

Dated: March 11, 2025                 RESPECTFULLY SUBMITTED,

                                       By: */s/ Mark D. Siegmund*
                                           Mark D. Siegmund (TX Bar No. 24117055)
                                           msiegmund@cjsjlaw.com
                                           Cherry Johnson Siegmund James PLLC
                                           7901 Fish Pond Rd., 2nd Floor
                                           Waco, Texas 76710
                                           Telephone: 254-732-2242
                                           Facsimile: 866-627-3509

                                           Jonathan K. Waldrop (CA Bar No. 297903)
                                           (Admitted in this District)
                                           jwaldrop@kasowitz.com
                                           Darcy L. Jones (CA Bar No. 309474)
                                           (Admitted in this District)
                                           djones@kasowitz.com
                                           Marcus A. Barber (CA Bar No. 307361)
                                           (Admitted in this District)
                                           mbarber@kasowitz.com
                                           John W. Downing (CA Bar No. 252850)
                                           (Admitted in this District)
                                           jdowning@kasowitz.com
                                           Heather S. Kim (CA Bar No. 277686)
                                           (Admitted in this District)
                                           hkim@kasowitz.com
                                           ThucMinh Nguyen (CA Bar No. 304382)
                                           (Admitted in this District)
                                           tnguyen@kasowitz.com
                                           **KASOWITZ BENSON TORRES LLP**
                                           333 Twin Dolphin Drive, Suite 200
                                           Redwood Shores, California 94065
                                           Telephone: (650) 453-5170
                                           Facsimile: (650) 453-5171

                                           *Attorneys for Intellectual Ventures I LLC and Intellectual Ventures II LLC*

By: */s/ S. Wallace Dunwoody*
    **Michael C. Wilson**
    State Bar No. 21704590
    mwilson@munckwilson.com
    **S. Wallace Dunwoody**
    State Bar No. 24040838
    wdunwoody@munckwilson.com
    **Munck Wilson Mandala, LLP**
    2000 McKinney Avenue, Suite 1900
    Dallas, TX 75201
    (972) 628-3600
    (972) 628-3616 fax

    **Tri T. Truong**
    Texas State Bar No. 24102969
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP**
    807 Las Cimas Parkway, Suite 300
    Austin, Texas 78756
    737-201-1600
    737-201-1601 fax

    *Attorneys for Southwest Airlines*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, the undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on this 11th day of March 2025.

By: */s/ Mark D. Siegmund*
    Mark D. Siegmund