# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO PROCEED WITH VENUE DISCOVERY

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV"), file this Notice to inform all parties and the Court of its intent to proceed with venue discovery in accordance with the Court's Standing Order Regarding Patent Proceedings.

On February 28, 2025, Defendant Southwest Airline Co. ("Defendant" or "Southwest") filed a Motion to Transfer Venue [Dkt. No. 21].

Plaintiffs hereby provide notice of its intent to proceed with venue discovery and briefing as outlined in the agreed-upon schedule:

| EVENT | DATE/DEADLINE |
|---|---|
| Initial Motion Filed | February 28, 2025 |
| Venue Discovery Cut-Off | May 9, 2025 |
| Plaintiffs Response Brief | May 23, 2025 |

| | |
|---|---|
| Dated: March 11, 2025 | RESPECTFULLY SUBMITTED, |

By: */s/ Mark D. Siegmund*
  Jonathan K. Waldrop (CA Bar No. 297903)
  (Admitted in this District)
  jwaldrop@kasowitz.com
  Darcy L. Jones (CA Bar No. 309474)
  (Admitted in this District)
  djones@kasowitz.com
  Marcus A. Barber (CA Bar No. 307361)
  (Admitted in this District)
  mbarber@kasowitz.com
  John W. Downing (CA Bar No. 252850)
  (Admitted in this District)
  jdowning@kasowitz.com
  Heather S. Kim (CA Bar No. 277686)
  (Admitted in this District)
  hkim@kasowitz.com
  ThucMinh Nguyen (CA Bar No. 304382)
  (Admitted in this District)
  tnguyen@kasowitz.com
  **KASOWITZ BENSON TORRES LLP**
  333 Twin Dolphin Drive, Suite 200
  Redwood Shores, California 94065
  Telephone: (650) 453-5170
  Facsimile: (650) 453-5171

  Mark D. Siegmund (TX Bar No. 24117055)
  msiegmund@cjsjlaw.com
  **Cherry Johnson Siegmund James PLLC**
  7901 Fish Pond Rd., 2nd Floor
  Waco, Texas 76710
  Telephone: 254-732-2242
  Facsimile: 866-627-3509

  *Attorneys for Intellectual Ventures I LLC and Intellectual Ventures II LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 11th day of March 2025, via the Court's CM/ECF System.

*/s/ Mark D. Siegmund*
Mark D. Siegmund
