IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, *Plaintiffs*, v. SOUTHWEST AIRLINES CO., *Defendant*. | § § § § § § § § § § § | Civil Action No. 7:24-cv-00277-ADA JURY TRIAL DEMANDED |

**NOTICE REGARDING AGREED EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Southwest Airlines Co. ("Southwest") hereby notifies the Court that the parties have agreed to a 7-day extension of Southwest's deadline to file a reply in support of its motion to dismiss from March 26, 2025 to **April 2, 2025**.

Dated: March 21, 2025

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
(972) 628-3600
(972) 628-3616 fax

        David G. Henry
        Texas Bar. No. 09479355
        dhenry@munckwilson.com
        **MUNCK WILSON MANDALA, LLP**
        510 Austin Avenue, Suite 3100
        Waco, Texas 76701
        (254) 362-2300
        (254) 362-2304 fax

        Tri T. Truong
        Texas Bar No. 24102969
        ttruong@munckwilson.com
        **MUNCK WILSON MANDALA, LLP**
        807 Las Cimas Parkway, Suite 300
        Austin, Texas 78756
        737-201-1600
        737-201-1601 fax

        *Attorneys for Southwest Airlines Co.*

## **CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on March 20, 2025, I conferred with Jeceaca An, counsel for Plaintiffs, via electronic mail regarding the relief requested herein. Plaintiffs' counsel indicated that Plaintiffs are unopposed to requested extension.

        */s/ S. Wallace Dunwoody*
        S. Wallace Dunwoody

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 21, 2025 the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

        */s/ S. Wallace Dunwoody*
        S. Wallace Dunwoody

7025585