IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,** § § § | | |
| *Plaintiffs,* § § | Civil Action No. 7:24-cv-00277-ADA | |
| v. § § | JURY TRIAL DEMANDED | |
| **SOUTHWEST AIRLINES CO.,** § § § | | |
| *Defendant.* § | | |

### NOTICE OF EXTENSION OF DEADLINE
### TO EXCHANGE PROPOSED CLAIM CONSTRUCTIONS

Defendant Southwest Airlines Co. ("Southwest") hereby notifies the Court that Southwest seeks to extend the deadline for the exchange of proposed constructions for claim terms of the asserted patents from May 6, 2025 to **May 9, 2025**. Plaintiff Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("IV") does not oppose. The extension does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: May 5, 2025                                Respectfully submitted,

/s/ S. Wallace Dunwoody
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas Bar No. 24102969
ttruong@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that, on May 2, 2025, I conferred with counsel for Plaintiffs via Zoom conference regarding the relief requested herein. Plaintiffs' counsel indicated that Plaintiffs are unopposed to requested extension.

/s/ S. Wallace Dunwoody
S. Wallace Dunwoody

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 5, 2025, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

                                                  */s/ S. Wallace Dunwoody*
                                                S. Wallace Dunwoody

7115734