IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,** § § § | | |
| *Plaintiffs,* § § | Civil Action No. 7:24-cv-00277-ADA | |
| v. § § | JURY TRIAL DEMANDED | |
| **SOUTHWEST AIRLINES CO.,** § § | | |
| *Defendant.* § | | |

**DEFENDANT SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION FOR LEAVE TO INCREASE THE NUMBER OF CLAIM TERMS AND PAGE LIMITS FOR OPENING AND RESPONSIVE CLAIM CONSTRUCTION BRIEFS**

Defendant Southwest Airlines Co. ("Southwest") moves for leave to permit claim construction of 15 terms with a total page limit of 40 pages for principal briefs and 20 pages for replies.

This case involves *six* unrelated patents, justifying an increase of the default page limitations and limit on the number of claim terms. Accordingly, pursuant to the Court's January 23, 2024, Standing Order Governing Proceedings ("OGP"), Southwest conferred with Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("IV") on May 16, 2025 to discuss the Court's default limitations on the number of claim terms and page counts for claim construction briefing. IV does not oppose this motion.

For the foregoing reasons, Southwest respectfully requests that the Court grant leave to expand the number of claim terms for construction to 15 and to allow the parties 40 pages for opening claim construction briefs and 20 pages for reply briefs.

1

| | |
|---|---|
| Dated: May 20, 2025 | Respectfully submitted, |

/s/ *S. Wallace Dunwoody*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas Bar No. 24102969
ttruong@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

## CERTIFICATE OF CONFERENCE

I, the undersigned counsel, hereby certify that I conferred with counsel for Plaintiffs on May 16, 2025, regarding the relief requested herein. The motion is unopposed.

/s/ *S. Wallace Dunwoody*
S. Wallace Dunwoody

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2025, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

>                             */s/ S. Wallace Dunwoody*
>                             S. Wallace Dunwoody

7127796