# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,** *Plaintiffs*, v. **SOUTHWEST AIRLINES CO.,** *Defendant*. | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION FOR INTELLECTUAL VENTURES I, LLC AND INTELLECTUAL VENTURES II, LLC TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO TRANSFER

Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("IV") hereby notifies the Court that IV seeks to extend the deadline to file its response to Defendant Southwest Airlines Co.'s ("Southwest") Motion to Transfer from May 23, 2025, to *May 28, 2025*. Defendant does not oppose. The extension does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: May 22, 2025                          RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted in this District)
    jhicks@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6102
    Facsimile: (404) 393-9752

       Mark D. Siegmund (TX Bar No. 24117055)
       msiegmund@cjsjlaw.com
       **Cherry Johnson Siegmund James PLLC**
       7901 Fish Pond Rd., 2nd Floor
       Waco, Texas 76710
       Telephone: 254-732-2242
       Facsimile: 866-627-3509

       *Attorneys for Plaintiffs*
       *INTELLECTUAL VENTURES I LLC and*
       *INTELLECTUAL VENTURES II LLC*

By: */s/ S. Wallace Dunwoody*
       Michael C. Wilson
       Texas State Bar No. 21704590
       mwilson@munckwilson.com
       S. Wallace Dunwoody
       Texas State Bar No. 24040838
       wdunwoody@munckwilson.com
       **Munck Wilson Mandala, LLP**
       2000 McKinney Avenue, Suite 1900
       Dallas, TX 75201
       (972) 628-3600
       (972) 628-3616 fax

       David G. Henry
       Texas Bar No. 09479355
       dhenry@munckwilson.com
       **Munck Wilson Mandala, LLP**
       510 Austin Avenue, Suite 3100
       Waco, TX 76701
       (254) 362-2300
       (254) 362-2304 fax

       Tri T. Truong
       Texas State Bar No. 24102969
       ttruong@munckwilson.com
       **Munck Wilson Mandala, LLP**
       807 Las Cimas Parkway, Suite 300
       Austin, Texas 78756
       737-201-1600
       737-201-1601 fax

       *Attorneys for Defendant*
       *SOUTHWEST AIRLINES*

3

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on this 21st day of May, 2025, I conferred with counsel for Defendant via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant is unopposed to requested extension.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 22nd day of May, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop