# EXHIBIT A-1

| | |
|---|---|
| **From:** | Mark Siegmund |
| **To:** | SWA-IV |
| **Cc:** | Intellectual Ventures; William Ellerman |
| **Subject:** | Intellectual Ventures v. Southwest - Motion for Leave |
| **Date:** | Tuesday, May 20, 2025 4:05:49 PM |
| **Attachments:** | image001.png |

[External]

Counsel,

IV intends to move for leave to add four additional patents in the case against Southwest by this Friday. We are happy to meet and confer with Southwest to discuss, but we need to schedule the meet and confer this week. Otherwise we will assume Southwest is opposed. Please let us know your availability for tomorrow afternoon, Thursday 1-2, 4-6 central, or Friday after 2:00pm central.

Sincerely,
Mark

## MARK SIEGMUND
**PARTNER**

msiegmund@cjsjlaw.com

O  254.732.2242
C  254.644.2122
F  866.627.3509

**CHERRY JOHNSON SIEGMUND JAMES**

Bridgeview Center
7901 Fish Pond Rd, Second Floor
Waco, Texas 76710

