# **<u>Exhibit 2</u>**

From: Wallace Dunwoody <wdunwoody@munckwilson.com>
Sent: Thursday, May 22, 2025 11:17 AM
To: Mark Siegmund <MSiegmund@CJSJLAW.com>
Cc: SWA-IV <SWA-IV@munckwilson.com>; Intellectual Ventures
<IntellectualVentures@kasowitz.com>; William Ellerman <wellerman@CJSJLAW.com>
Subject: RE: Intellectual Ventures v. Southwest - Motion for Leave

ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT
CLICK ON ANY LINK, ENTER A PASSWORD, OR
OPEN AN ATTACHMENT UNLESS YOU KNOW
THAT THE MESSAGE CAME FROM A SAFE
EMAIL ADDRESS.

Counsel –

As discussed yesterday, we are concerned with the logistics of how adding new patent claims at
this point will impact the current case schedule. Please send us your proposal for how to modify
the case schedule to accommodate adding the new patent claims.

Best regards,

Wallace Dunwoody
Munck Wilson Mandala, LLP

2000 McKinney Avenue, Suite 1900, Dallas, TX 75201
Office: (972) 628-3636  Mobile: (214) 536-2297


From: Mark Siegmund <MSiegmund@CJSJLAW.com>
Sent: Wednesday, May 21, 2025 9:54 AM
To: Wallace Dunwoody <wdunwoody@munckwilson.com>
Cc: SWA-IV <SWA-IV@munckwilson.com>; Intellectual Ventures
<IntellectualVentures@kasowitz.com>; William Ellerman <wellerman@CJSJLAW.com>
Subject: Re: Intellectual Ventures v. Southwest - Motion for Leave

[External]


Hi Wallace,

That works with us.

Sent from my iPad

On May 20, 2025, at 6:16 PM, Wallace Dunwoody <wdunwoody@munckwilson.com> wrote:

Tomorrow afternoon is fine to discuss. How about 2:30 CT?

Best regards,

Wallace Dunwoody
Munck Wilson Mandala, LLP

2000 McKinney Avenue, Suite 1900, Dallas, TX 75201
Office: (972) 628-3636  Mobile: (214) 536-2297

From: Mark Siegmund <MSiegmund@CJSJLAW.com>
Sent: Tuesday, May 20, 2025 4:05 PM
To: SWA-IV <SWA-IV@munckwilson.com>
Cc: Intellectual Ventures <IntellectualVentures@kasowitz.com>; William Ellerman
<wellerman@CJSJLAW.com>
Subject: Intellectual Ventures v. Southwest - Motion for Leave

[External]


Counsel,

IV intends to move for leave to add four additional patents in the case against Southwest by this
Friday. We are happy to meet and confer with Southwest to discuss, but we need to schedule the
meet and confer this week. Otherwise we will assume Southwest is opposed. Please let us know
your availability for tomorrow afternoon, Thursday 1-2, 4-6 central, or Friday after 2:00pm
central.

Sincerely,
Mark

MARK SIEGMUND
PARTNER
msiegmund@cjsjlaw.com
O  254.732.2242
C  254.644.2122
F  866.627.3509

CHERRY JOHNSON SIEGMUND JAMES
Bridgeview Center
7901 Fish Pond Rd, Second Floor
Waco, Texas 76710