# **Exhibit 8**

From: TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
Sent: Friday, May 23, 2025 9:45 PM
To: cmecf_notices@txwd.uscourts.gov
Subject: Activity in Case 7:24-cv-00277-ADA Intellectual Ventures I LLC et al v. Southwest Airlines Co. Sealed Motion

ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
U.S. District Court [LIVE]
Western District of Texas
Notice of Electronic Filing

The following transaction was entered by Waldrop, Jonathan on 5/23/2025 at 11:44 PM CDT and filed on 5/23/2025

| | |
|---|---|
| Case Name: | Intellectual Ventures I LLC et al v. Southwest Airlines Co. |
| Case Number: | 7:24-cv-00277-ADA |
| Filer: | Intellectual Ventures I LLC |
| | Intellectual Ventures II LLC |

Document Number: 37

Docket Text:
Unopposed Sealed Motion for Leave to File Amended Complaint by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # (1) Exhibit A - Amended Complaint, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19, # (21) Exhibit 20, # (22) Exhibit 21, # (23) Exhibit 22, # (24) Exhibit 23, # (25) Exhibit 24) (Waldrop, Jonathan)

7:24-cv-00277-ADA Notice has been electronically mailed to:

Darcy L. Jones     djones@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

David Greer Henry    dhenry@munckwilson.com, jhart@munckwilson.com, srose@munckwilson.com

Heather S. Kim    hkim@kasowitz.com, courtnotices@kasowitz.com, NWashington@kasowitz.com

Jeceaca An    jan@kasowitz.com, courtnotices@kasowitz.com

John W. Downing    jdowning@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Jonathan H. Hicks    jhicks@kasowitz.com

Jonathan K. Waldrop    jwaldrop@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Marcus A. Barber    mbarber@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Mark D. Siegmund    msiegmund@cjsjlaw.com, 7364959420@filings.docketbird.com, bperry@cjsjlaw.com, jchilders@cjsjlaw.com, jharing@cjsjlaw.com, jlopez@cjsjlaw.com

Michael Craig Wilson    mwilson@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

Paul G. Williams    pwilliams@kasowitz.com, courtnotices@kasowitz.com, dsaxon@kasowtiz.com

Samuel Wallace Dunwoody , IV    wdunwoody@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

ThucMinh Nguyen    tnguyen@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Tri Tan Truong    ttruong@munckwilson.com, plucio@munckwilson.com

7:24-cv-00277-ADA Notice has been delivered by other means to:
The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-0] [0494999a862e4a56bb6be6e8592d3577a80eb2201e53b5e455c8b32eade20744bd3c5f2aff19837e0c0d630680d69ce1eaa5cdabc727ef00f5e7640bb91898c2]]
Document description:Exhibit A - Amended Complaint
Original filename:n/a

Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-1] [1bbf0c3f5721c29454da75fab439133a421eb598223f3e7dd41b1dcb0631c325f14947d2e569af398323570be5c55e6c8a649b1cac5335f10dd70e3da87deb89]]
Document description:Exhibit 1
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-2] [3b4091c873e560d994a7257ae78dfa86220aa2341ca0be4024e422ee5d43d5250e47b2c36f7492d4ba145fe88eb2e7e9d9a078cd0b6b4d92c4d0e4b970ad8cf6]]
Document description:Exhibit 2
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-3] [572b1d3346c5ab0907eb79f347fcb815bfe2152ee0692559dfe2db13b2ea20db2e13d29d5122c12c96c0a4d09fe9c2c26e2fd1e4e8f5ab9f8b5c28a769a90bc0]]
Document description:Exhibit 3
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-4] [a135a8f19a3647c325984e80d42603d1d993354c85b08fc385bd100fe3cd9268e0ad1ee46d1196005d4f9874dcd014f985fc8e66b26bcab7350c55a7e4f576dc]]
Document description:Exhibit 4
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-5] [28db5cf2c1d76b10f9be468cd35301472dde0550f46b7d69464132c76e7a2c2ba031c9daa0e81523f6223b8f41543a9cf05151434b909363a2ea9fe755ab029e]]
Document description:Exhibit 5
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-6] [4132c5e60d0b1d4579a80b3a5812970a6e79d182543acf742ba8b9055061f517fd339bd37b7cca8881082d7259611b5956b305ad49b20d09eda25a14d27715f0]]
Document description:Exhibit 6
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-7] [2e714804044932a91bb95af8ebd8f74c84df26d118f0bca09325a5f661d35a762e44ee5eb57f8ec9380c786ec7140df08aa434193fd890d67028a138ca4d2a69]]
Document description:Exhibit 7
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-8] [9aa6b240bd097e717a8f018faf64af2932fc3a0cc47c8f2e9ce9b47a4565771ecf2520427608334d08a9287995789f7069043f67bb82d4e468cc2eb76391a32d]]

Document description:Exhibit 8
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-9] [a74ce4408ac448f9d00090ef03cec3101f0f447b2f643f4061f26e5f57e9f074db8aa023d61c296f628cde7fd9515473031442314ad7e2203e6460379c1dffae]]
Document description:Exhibit 9
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-10] [744e8e0929676c45aa8b4db85131983a44aa82a27ed2ebf3d84f0e9861801a83362ce6bc3bd2b41060d96c6f8a41f687dbe542984c8c6b0e9e31f4ed2fa336af]]
Document description:Exhibit 10
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-11] [2d999bdb2a25ff298c87b4b18a4a89e4bdf041a9ccc00069717787d6c557c81e7a28a5b487ba7b883915668f7417cb5b54485400961b6821b48000333bb1327b]]
Document description:Exhibit 11
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-12] [ac8d1f1b449a8ed6d1d065f5233799372cd7631a690f9de4cbee06bbfce6c98caf477e9ac6fe49363c2e86f7b14718686155dc4e429e1487ca1f9f21d8c60a60]]
Document description:Exhibit 12
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-13] [68d9d7d7ba55a2776a7ecdc7a3b09f2aaca9f5bc862b83d34fa28cbf4d44a7780568993a86220ffc9b96e2b437d3adcba328a4ff86e8047485ce07ee58607770]]
Document description:Exhibit 13
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-14] [8091f7adef58bf58d58e50d066da4539745b48ef0992a3c7c84040e0026765a3440b6aa0940fde44150670939c1e47db55e99c9c863b62fe5c92fdc1abbb3218]]
Document description:Exhibit 14
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-15] [4e87e36585c4ec1bdaf8fd63da200883aa3d1a748bca286d149a90a13ea9a316b146fb64261b2c1c158d9fff358b37535443c4f707d3e047790059cd687a4da0]]
Document description:Exhibit 15
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-

16] [a39814e151e725033dcdcf15abd01374c0d4224837b1bc02105ad3c35d136ad0c78282a333e4abaa65e3f751346b654bed9fed275c0ff807fbaca3d5adeeedad]]

Document description:Exhibit 16

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-17] [3ac09afdf40c31f0494ca6c916b9e543b41cae9c9c405ebb285d21ef4498d870142a9fb6027fa5d74ec094bdf9604a614d9c0da57158ff6b828c9295598d0db2]]

Document description:Exhibit 17

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-18] [a2c86b5bd1681d43fa2c5c37db7511cb9cf9d7d357843dd91cee32d4088d5486ba5c535671b77a1bee70ba5e463cb0641b6a81931335afcbafe20c41dd9990c0]]

Document description:Exhibit 18

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-19] [2c8ec6dbbca50de7326172bce821d98cf8b6bd5db9065ba6d15b41b797ee81e23421715f93c183dd99962dce79b482332a72764a25bfa7785165f99e1cf7dfb2]]

Document description:Exhibit 19

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-20] [ae1e5d3dc89ea82b30034951f745f58bf2dec0cdff26d6f261f931016aeb5b3a49f40420a8c7b9c24c186e07e00a0c769df60d6a3b0a60accfff4d0d043a8c61]]

Document description:Exhibit 20

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-21] [390143eeb2d2c10aec1ccc4ba409d93031101d12b74b443e73f34c28c125f32a14d9ca149221dcbec8d2919c651e3ff8ddc8e8dfaf12ebe210ff6a957e213fdc]]

Document description:Exhibit 21

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-22] [7253eb306b380e9f587bff78dd559918735cd9f38300883d1de28bb4458fb26c04dcc35b8443ddda21659a46c06baa854d658da52572c8a84735edd822f9693e]]

Document description:Exhibit 22

Original filename:n/a

Electronic document Stamp:

[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-23] [25e90482765132ee83310ccef4452e1b2380b35569566330cdc94c1f23168ed8b75ad4254a4cecf549d3f0940242a13c9fc988091817db0af1a36b65b472e036]]

Document description:Exhibit 23

Original filename:n/a

Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-24] [b4649647721d35b3402a0d28d87725d12b965791ae97d94127234b122608d6de6e7d27af2d93b53e808df103194cefddf1c734abfd7c0ad1d718a6b8c2f24e48]]
Document description:Exhibit 24
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=5/23/2025] [FileNumber=32313732-25] [3124014cc29ce2e323a2f9fd20944372eab4869b237ba9a8ab9fb3cc76b0167d133f7f5f522029ece9344350b3843cc04afdb56ea0d0503779c01900a0539bbb]]