# Exhibit 9

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Friday, May 23, 2025 10:48 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 7:24-cv-00277-ADA Intellectual Ventures I LLC et al v. Southwest Airlines Co. Motion to Amend/Correct

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
**U.S. District Court [LIVE]**
**Western District of Texas**
**Notice of Electronic Filing**

The following transaction was entered by Waldrop, Jonathan on 5/24/2025 at 0:47 AM CDT and filed on 5/24/2025

| | |
|---|---|
| **Case Name:** | Intellectual Ventures I LLC et al v. Southwest Airlines Co. |
| **Case Number:** | 7:24-cv-00277-ADA |
| **Filer:** | Intellectual Ventures I LLC |
| | Intellectual Ventures II LLC |

**Document Number:** 38
**Docket Text:**
**Joint MOTION to Amend/Correct** *Scheduling Order* **by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # (1) Exhibit A)(Waldrop, Jonathan)**

**7:24-cv-00277-ADA Notice has been electronically mailed to:**

Darcy L. Jones      djones@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

David Greer Henry      dhenry@munckwilson.com, jhart@munckwilson.com, srose@munckwilson.com

Heather S. Kim      hkim@kasowitz.com, courtnotices@kasowitz.com, NWashington@kasowitz.com

Jeceaca An      jan@kasowitz.com, courtnotices@kasowitz.com

John W. Downing    jdowning@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Jonathan H. Hicks    jhicks@kasowitz.com

Jonathan K. Waldrop    jwaldrop@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Marcus A. Barber    mbarber@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Mark D. Siegmund    msiegmund@cjsjlaw.com, 7364959420@filings.docketbird.com, bperry@cjsjlaw.com, jchilders@cjsjlaw.com, jharing@cjsjlaw.com, jlopez@cjsjlaw.com

Michael Craig Wilson    mwilson@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

Paul G. Williams    pwilliams@kasowitz.com, courtnotices@kasowitz.com, dsaxon@kasowtiz.com

Samuel Wallace Dunwoody , IV    wdunwoody@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

ThucMinh Nguyen    tnguyen@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Tri Tan Truong    ttruong@munckwilson.com, plucio@munckwilson.com

**7:24-cv-00277-ADA Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/24/2025] [FileNumber=32313771-0] [afb4d0fee2e270bc7b19e8d97a01fa555e8975d10d4e4d60646b068e03548995a2a00adf60f926ca255d1451515bc92de492452847a4b90b33534888a2c302a5]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/24/2025] [FileNumber=32313771-1] [39b2958932f91eaea1d17ec8d8224c92d74812e56f97e335bd4a4379d47f7db12193c5b773e1103f791999d3d61a2473223de7a784ce2671638e3e0f937aeba3]]