# **<u>Exhibit 15</u>**

**From:** TXW_USDC_Notice@txw.uscourts.gov <TXW_USDC_Notice@txw.uscourts.gov>
**Sent:** Tuesday, May 27, 2025 4:44 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 7:24-cv-00277-ADA Intellectual Ventures I LLC et al v. Southwest Airlines Co. Notice (Other)

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
**U.S. District Court [LIVE]**
**Western District of Texas**
**Notice of Electronic Filing**

The following transaction was entered by Dunwoody, Samuel on 5/27/2025 at 6:44 PM CDT and filed on 5/27/2025

| | |
|---|---|
| **Case Name:** | Intellectual Ventures I LLC et al v. Southwest Airlines Co. |
| **Case Number:** | 7:24-cv-00277-ADA |
| **Filer:** | Southwest Airlines Co. |

**Document Number:** 39
**Docket Text:**
**NOTICE *of Partial Opposition* by Southwest Airlines Co. re [37] Unopposed Sealed Motion for Leave to File Amended Complaint by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # (1) Exhibit A - Declaration of S. Wallace Dunwoody, # (2) Exhibit A-1, # (3) Exhibit A-2, # (4) Exhibit A-3, # (5) Exhibit A-4, # (6) Exhibit A-5, # (7) Exhibit A-6)(Dunwoody, Samuel)**

**7:24-cv-00277-ADA Notice has been electronically mailed to:**

Darcy L. Jones      djones@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

David Greer Henry      dhenry@munckwilson.com, jhart@munckwilson.com, srose@munckwilson.com

Heather S. Kim    hkim@kasowitz.com, courtnotices@kasowitz.com, NWashington@kasowitz.com

Jeceaca An    jan@kasowitz.com, courtnotices@kasowitz.com

John W. Downing    jdowning@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Jonathan H. Hicks    jhicks@kasowitz.com

Jonathan K. Waldrop    jwaldrop@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Marcus A. Barber    mbarber@kasowitz.com, courtnotices@kasowitz.com, mhulbert@kasowitz.com

Mark D. Siegmund    msiegmund@cjsjlaw.com, 7364959420@filings.docketbird.com, bperry@cjsjlaw.com, jchilders@cjsjlaw.com, jharing@cjsjlaw.com, jlopez@cjsjlaw.com

Michael Craig Wilson    mwilson@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

Paul G. Williams    pwilliams@kasowitz.com, courtnotices@kasowitz.com, dsaxon@kasowtiz.com

Samuel Wallace Dunwoody , IV    wdunwoody@munckwilson.com, plucio@munckwilson.com, srose@munckwilson.com

ThucMinh Nguyen    tnguyen@kasowitz.com, cene@kasowitz.com, courtnotices@kasowitz.com

Tri Tan Truong    ttruong@munckwilson.com, plucio@munckwilson.com

**7:24-cv-00277-ADA Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
 **Document description:**Main Document
 **Original filename:**n/a
 **Electronic document Stamp:**
 [STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-0] [10e5959a32cbb28260447554e7270cc1c0ce6b1d4fdaaa4814cce6c092ec82bf04 0e1f3877b43217d38c28075e095c937d4a06335f213fd4e5df9eac33b296c7]]
 **Document description:**Exhibit A - Declaration of S. Wallace Dunwoody
 **Original filename:**n/a
 **Electronic document Stamp:**
 [STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-1] [4ae62e27b345c108cd37563425f00852348928191312d6f44c98c70386d1834935 1e034dded800dbfd8c08c19c4ec629c81b479546b090afb2d94061fede7c5e]]

**Document description:**Exhibit A-1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-2] [816ea915c3dae38d102eec22a1893664171dee46098020bd6243556b13fcdf5725 3e01c00f16469b49ef08297088819e280d951a5f3681f881b9cdbe6828e2b5]]

**Document description:**Exhibit A-2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-3] [af1ab97ea1a5339d1e0d6a23b0a1355b0a45e022b7ad843fc80f9105c527cf6a17 781dbeeffbdc38eacc50a0b5ad8133a348976b4feff54a93ea2ef3e3387404]]

**Document description:**Exhibit A-3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-4] [0ac6611f03b650791f2eaed6df655c38c9e3a600e5bfa03864a70703c1a0452a0e 422e97717625be061487f64876d0fe1221a7a5a492fa1ab354d02b437f265f]]

**Document description:**Exhibit A-4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-5] [723abe362c8e119577a7447c341ed5e6259a3c98f9801640f7076d3ab5e0a2404f 8eb242a522a9f0b4dcf8f05f3fd368c1d33e211ac2e250395c60aebddc22c2]]

**Document description:**Exhibit A-5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-6] [932e60e3e73bc255eb39432976d3c7970d71e01698cc389b17155f7884d091b304 b19d100870d207fdc4981c748da50aad2560551c913eb2cb6fb444aa7cece2]]

**Document description:**Exhibit A-6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=5/27/2025] [FileNumber=32321564-7] [9292ffb545d72083eb9b7d97fd5d0153985b4b7a50481969b9e992090b8f17fcec 1ba5a0c7942c49c116ceaabf0805a0ff8af712819c58a1236d2433b04c160c]]