# Exhibit 18

**From:** Amanda Cooper <ACooper@kasowitz.com>
**Sent:** Wednesday, May 28, 2025 9:57 PM
**To:** SWA-IV@munckwilson.com; ttruong@munckwilson.com; dhenry@munckwilson.com; mwilson@munckwilson.com; wdunwoody@munckwilson.com
**Cc:** Intellectual Ventures <IntellectualVentures@kasowitz.com>; Mark Siegmund <MSiegmund@CJSJLAW.com>
**Subject:** [SERVICE] IV v Southwest, C.A. No. 7:24-cv-00277 / IV's Disclosure of Second Amended PICs [HC-OAEO] & Document Production

I'm using Mimecast to share large files with you. Please see the attached instructions.

**HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

Counsel,

Please find attached Plaintiffs' Disclosure of Second Amended Preliminary Infringement Contentions [HC-OAEO].

Additionally, please find below a link to download IV's Production (IV-SOUTHWEST_004) bearing Bates labels IV-SOUTHWEST-0004623 to IV-SOUTHWEST-0008257 in the above-referenced matter.

This production is available at the following location: https://kasowitz-my.sharepoint.com/:u:/p/litsup/ER0F2BJsfUdDkR2xoL1geFIBFeH4j-r2UXm8keUUj40E_Q?e=eKWotE

No password is needed to access this production. However, only the email addresses on this chain have access.

Regards,

Amanda


Amanda Cooper
Legal Secretary
Kasowitz Benson Torres LLP
1801 Century Park East, Suite 2454
Los Angeles, CA 90067
Tel.  (424) 288-7912
Fax. (310) 943-3715
ACooper@kasowitz.com