UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant Southwest Airlines Co.'s Joint Motion for Leave to File Supplemental Opposition to Defendant's Motion to Sever and Stay Claims Against In-Flight Connectivity Systems Based on the Customer-Suit Exception (the "Motion"). The Court has considered the Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that IV's supplemental brief in support of its opposition to Southwest's Motion to Sever and Stay Claims and Southwest's response is due as follows:

| Item | Deadline |
|---|---|
| IV's Supplemental Brief | June 12, 2025 |
| Southwest's Response | June 26, 2025 |

IT IS FURTHER ORDERED that the Parties's submissions are limited to seven pages.

SIGNED this ___ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE