# **Exhibit 5**

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

AMERICAN AIRLINES, INC., AND SOUTHWEST AIRLINES CO.,
Petitioners

v.

INTELLECTUAL VENTURES I LLC AND
INTELLECTUAL VENTURES II, LLC
Patent Owners

_____

U.S. Patent No. 7,324,469
Issue Date: January 29, 2008

Title: SATELLITE DISTRIBUTED HIGH SPEED INTERNET ACCESS

*Inter Partes* Review No. IPR2025-00782

**PETITION FOR *INTER PARTES* REVIEW
OF U.S. PATENT NO. 7,324,469 B2**

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

# CERTIFICATE OF SERVICE

I hereby certify, pursuant to 37 C.F.R. Sections 42.6 and 42.106, that a complete copy of the attached **PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,324,469**, including all exhibits **(Nos.1001-1013)** and related documents, are being served by Federal Express on 30th day of April, 2025, the same day as the filing of the above-identified document in the United States Patent and Trademark Office/Patent Trial and Appeal Board, upon Patent Owner by serving the correspondence address of record with the USPTO as follows:

> Foley & Lardner, LLP
> 150 East Gilman Street'
> P.O. Box 1497
> Madison, WI 53701-1497

A courtesy copy was also sent via electronic mail to the Patent Owner's litigation counsel listed below:

Jonathan K. Waldrop
jwaldrop@kasowitz.com
Darcy L. Jones
djones@kasowitz.com
Marcus A. Barber
mbarber@kasowitz.com
John W. Downing
jdowning@kasowitz.com
Heather S. Kim
hkim@kasowitz.com
ThucMinh Nguyen
tnguyen@kasowitz.com
Jonathan H. Hicks
Jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Dated: April 30, 2025                               */s/ John B. Campbell*
                                                     John B. Campbell

Petition for *Inter Partes* Review of
U.S. Patent No. 7,324,469 B2

                                                                  Reg. No. 54,665
McKool Smith, P.C.
303 Colorado Street
Suite 2100
Austin, TX 78701
Tel: (512) 692-8700
Fax: (512) 692-8744