# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, § § § | |
| Plaintiffs, § § | Civil Action No. 7:24-cv-00277-ADA |
| v. § § | JURY TRIAL DEMANDED |
| SOUTHWEST AIRLINES CO., § § § | |
| Defendant. § | |

## DEFENDANT SOUTHWEST AIRLINES CO.'S STATUS REPORT REGARDING ITS MOTION TO TRANSFER VENUE

**STATUS REPORT**

Defendant Southwest Airlines Co. ("Southwest") hereby submits this status report pursuant to Section VI of the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases dated January 23, 2024.

On February 28, 2025, Southwest filed its Motion to Transfer Venue, seeking transfer of this matter to the Northern District of Texas under 28 U.S.C. § 1404(a). *See* Dkt#21. Thereafter, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV") took venue-related discovery of Southwest.

On May 28, 2025, IV filed its Opposition to Defendant Southwest Airline Co.'s Motion to Transfer Venue. *See* Dkt#41.

On June 11, 2025, Southwest filed its Reply in Support of Its Motion to Transfer Venue. *See* Dkt#45.

Accordingly, Southwest's Motion to Transfer Venue has been fully briefed and is ready for resolution by the Court.

Date: June 13, 2025

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
Michael C. Wilson
State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
State Bar No. 24040838
wdunwoody@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar. No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Southwest Airlines Co.*

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2025, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

<u>/s/ S. Wallace Dunwoody</u><br>
S. Wallace Dunwoody