# EXHIBIT 5

Page 1

1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
2                    MIDLAND/ODESSA DIVISION
3       INTELLECTUAL VENTURES I
        LLC and INTELLECTUAL
4       VENTURES II LLC,
5            Plaintiffs,                    CIVIL ACTION
6       vs.                                 FILE NO.
7       SOUTHWEST AIRLINES CO.,             7:24-CV-00277-ADA
8            Defendant.
        ~~~~~~~~~~~~~~~~~~~~~~~~~
9
10
11
12
13      VIDEOTAPED 30(b)(6) DEPOSITION OF SOUTHWEST AIRLINES
                                CO.
14                       (through CHRIS MUHICH)
15                          May 13, 2025
                       10:00 a.m. Central time
16
17
18          (All attendees appeared remotely via
           videoconferencing and/or teleconferencing.)
19
20
21
22
23
24
25      Reporter:   Debra M. Druzisky, CCR-B-1848

```
 1                APPEARANCES OF COUNSEL
 2    On behalf of the Plaintiffs:
 3        JECEACA AN, Esq.
          Kasowitz Benson Torres
 4        1633 Broadway
          New York, New York  10019
 5        (212) 506-1808
          jan@kasowitz.com
 6
          -and-
 7
          PAUL G. WILLIAMS, Esq.
 8        1230 Peachtree Street, Suite 2445
          Atlanta, Georgia  30309
 9        (404) 260-6102
          pwilliams@kasowitz.com
10
          -and-
11
          JOHN W. DOWNING, Esq.
12        333 Twin Dolphin Drive, Suite 200
          Redwood City, California  94065
13        (650) 453-5426
          jdowning@kasowitz.com
14
15    On behalf of the Defendant:
16        WALLACE DUNWOODY, Esq.
          LUKE DUMBROSKI, Esq.
17        Munch Wilson Mandala
          2000 McKinney Avenue
18        Dallas, Texas  75201
          (972) 880-5678
19        wdunwoody@munckwilson.com
20
      Also Present:
21
          Krishan Patel, videographer
22        Philip Tarpley, Esq. (Southwest Airlines)
23                       --oOo--
24
25
```

1   software update"?
2       Q.   Yeah, you said that -- you said that they
3   provide it.  Do they come and update the software
4   for you?
5       A.   You mean how does it actually get onto the
6   airplane; is that -- I want to make sure I'm --
7       Q.   Yes.
8       A.   -- answering the question right.  Yeah.
9       Q.   We can do that first, yeah.
10      A.   Okay.  The vendors, the WiFi suppliers or
11  vendors, they do over-the-air update.  So they push
12  software to the airplane through -- via the WiFi
13  system, and it automatically uploads onto their
14  hardware.
15      Q.   Okay.  So they can just update the
16  software over the air at any time?
17      A.   They have the capability to do so.  We
18  have agreements in place that they -- that they
19  won't do that without our authorization.  But they
20  have the capability to do so, yes.
21      Q.   Okay.  So how do they seek your
22  authorization?
23      A.   They will, if they have a new update, they
24  will let us know and give us a timeline of when it
25  needs to -- when they want -- when it will be

```
 1         Q.   Okay.  So engineers on your team are in
 2    contact with the vendors to correct any software;
 3    is that what you're saying?
 4              MR. DUNWOODY:  Objection.  Form.
 5              Go ahead.
 6              THE WITNESS:  Yeah, no, we --
 7         that's -- I didn't say we would work with
 8         them to correct it.  We would work with
 9         them to give them feedback on what the --
10         what our customers are reporting, and then
11         they would report back to us when they
12         have a fix available.
13    BY MS. AN:
14         Q.   So every time a vendor like Viasat has
15    code, they send it to Southwest; right?
16         A.   No.
17              MR. DUNWOODY:  Objection.  Form.
18    BY MS. AN:
19         Q.   So it's loaded over the air into
20    Southwest's aircrafts?
21         A.   Yes.
22         Q.   Okay.  You also mentioned some hardware
23    that you receive from vendors.  Like, for Viasat
24    what hardware would you be receiving?
25         A.   We get a -- we purchase a full system from
```

Page 24

1   each of the WiFi vendors.  So it's slightly
2   different for each vendor what the hardware
3   includes.  But in general it's, you know, it's an
4   antenna, some sort of server unit, and some
5   wireless access units.
6        Q.   So for Viasat specifically, what do you
7   receive?
8        A.   There's an antenna, there's a server unit,
9   a modem unit, and four wireless access points, is
10  my recollection.
11            I'd have to -- I'd have to look exactly at
12  the contract to get all the hardware.  That's
13  likely not every single piece of equipment.
14  There's some other things probably as well.
15       Q.   Okay.  And when you said "four wireless
16  access points," as in one, two, three, four?
17       A.   Yes.
18       Q.   Okay.  What about for Anuvu, what do you
19  receive from Anuvu?
20       A.   Similarly, we get an antenna, a -- they
21  have an antenna control unit, there's a modem unit,
22  a server unit, and some numb -- either two or three
23  wireless access points depending on which specific
24  airplane it's being installed on.
25       Q.   How do you determine if you need two or

Page 30

1  suppliers.  But they're providing hardware to us as
2  well as services.
3       Q.   Okay.  So you said that they manufacture
4  some components and purchase some components; is
5  that correct?
6       A.   I believe they do, but I'm not 100 percent
7  sure on it.
8       Q.   Okay.  So for Viasat, you mentioned that
9  you get an antenna, a server unit, a modem unit,
10 and four wireless access points.
11           Which of those components does Viasat
12 manufacture?
13      A.   I'm not sure if they do or not.  I'm not
14 familiar with who the sub -- who the suppliers are
15 for the various sub-components.  We purchase an
16 entire system from Viasat.
17      Q.   So you don't know which ones are
18 manufactured and which ones are purchased?
19      A.   I do not.
20      Q.   What about for Anuvu, you mentioned that
21 you get an antenna, control unit, a modem unit, a
22 server unit, and two to three wireless access
23 points based on the size of the aircraft.
24           Which ones are -- which components are
25 manufactured by Anuvu?

1    A.    I'm not familiar with which ones, which --
2    with who manufactures their sub-components.
3    Q.    Do you know which ones are purchased?
4    A.    Again, with -- similar to Viasat, we
5    purchase an entire system from Anuvu.
6    Q.    So how do you know that these components
7    are in the system?
8    A.    How do I know?  Well, they're defined --
9    Q.    Yes.  Like -- okay.  So you're looking at
10   a document to tell you?
11   A.    Yeah.  They're defined in our contract,
12   and we define -- and then they're defined in our
13   configuration to allow installation on the
14   aircraft.
15   Q.    Okay.  So what about Panasonic, is -- do
16   you know when Southwest used Panasonic and
17   Panasonic technology?
18   A.    We installed Panasonic I believe starting
19   in 2017.  They were removed by 2019.
20   Q.    Are you aware that Southwest served
21   discovery responses to Intellectual Ventures?
22   A.    Yes.  I've seen them.
23   Q.    Okay.  Are you aware that Southwest
24   represented that they entered a master services
25   agreement with Panasonic for I.F.C. systems in

Page 32

1    2016?
2        A.   That's possible.  I would -- could have
3    been 2016.  I...
4        Q.   And the agreement was terminated sometime
5    in November -- in October of 2018, but they -- a
6    small number of the Panasonic I.F.C. systems
7    remained on Southwest airplanes until they were
8    replaced with Anuvu systems in 2018 or 2019.
9             Does that refresh your memory?
10       A.   Yep.  That is my understanding.
11       Q.   So what components did Southwest receive
12   from Panasonic during this time frame?
13       A.   I'm not familiar with what the Panasonic
14   system entailed.
15       Q.   Why isn't Panasonic included in your
16   declaration?
17       A.   When we were doing the initial review, you
18   know, Panasonic was, you know, kind of far back in
19   history and didn't come up as relevant because we
20   haven't had it as -- had it installed in any of our
21   aircraft in quite a while.
22            As we followed up with more kind of
23   details looking at some documents, we realized it
24   was actually installed in the time frame noted.  So
25   that's when we revised the documents and sent them

1    Q.   What do you mean "at the time"?
2    A.   Well, your question as I understood was
3    why wasn't -- it could have been included in the
4    initial declaration.  So I guess I meant at the
5    time the initial declaration was drafted.
6    Q.   Okay.  Outside of Panasonic, Viasat or
7    Anuvu, and I'm talking about this time frame of
8    2018 to present, are there any other vendors that
9    provided Southwest with an I.F.C. system?
10   A.   Not that I'm aware.
11   Q.   Are you familiar with an in-flight
12   Internet provider named Gogo?
13   A.   Yes.
14   Q.   Has Southwest ever used Gogo?
15   A.   Southwest has not.
16   Q.   Are you familiar with an airline called
17   AirTran ways -- Airways?
18   A.   Yes.
19   Q.   Are you aware that there was a merger?
20   A.   I am.
21   Q.   Did Southwest use AirTran Airways with an
22   in-flight Internet provider named Gogo at all?
23   A.   My understanding is that AirTran used Gogo
24   for in-flight connectivity.
25   Q.   Do you know when?

1     A.   I don't know the history of when it was
2  installed, no.
3     Q.   Does 2010 sound about right?
4     A.   I don't know.
5     Q.   Who would know?
6     A.   I would assume that we own all the
7  aircraft records for the AirTran aircraft, so I --
8  those may be available.  Those would be available
9  somewhere.  I don't know who exactly would know.
10    Q.   Do you know if the AirTran planes
11 continued to use Gogo at all?
12    A.   No.  All the AirTran aircraft post-merger
13 were modified in to match the Southwest
14 configuration, so those aircraft would have all
15 been modified to -- were all modified to have
16 Anuvu.
17    Q.   Were any of the aircraft -- oh, wait.  At
18 what time did that occur?
19    A.   I don't know the exact time frame.  But in
20 general, we were done modifying all the AirTran
21 aircraft in the 2014, 2015 time frame.
22    Q.   Were any of the planes, AirTran planes
23 leased --
24    A.   I don't know.
25    Q.   -- to other airlines?

Page 46

1  BY MS. AN:
2      Q.   That show which -- so any documents that
3  show the components on a chip level.
4      A.   I'm not specifically aware of anything.
5      Q.   So if I wanted to find out what components
6  in the Southwest aircrafts were responsible for
7  channel bonding or facilitating Internet access
8  over satellites, who would I speak with?
9           MR. DUNWOODY:  Object to form.  He
10      still doesn't know what channel bonding
11      is.
12          Go ahead and answer to the extent you
13      know.
14          THE WITNESS:  Yeah, I would -- I
15      would say that Anuvu or Viasat would be
16      the best people to ask.
17 BY MS. AN:
18     Q.   Did you speak with Anuvu or Viasat in
19 preparation for your deposition today?
20     A.   I did not.
21     Q.   Did anyone at Southwest speak to Viasat or
22 Anuvu in preparation for today's deposition?
23     A.   I don't know how -- I'm not -- not that
24 I'm aware of.
25     Q.   Okay.  Thank you.

Page 54

1       A.   No.
2       Q.   Okay.  Do you know what Southwest
3  components are responsible for providing an
4  Internet hot spot connected to a satellite, router
5  and a subscriber access unit?
6       A.   The components -- if I -- can you say,
7  sorry, can you say that again?  I want to make sure
8  I understood.  It was kind of a long question.
9       Q.   I got you.
10           Do you know what Southwest components are
11 responsible for providing an Internet hot spot
12 connected to a satellite, router and subscriber
13 access unit?
14           MR. DUNWOODY:  Object to form.
15           THE WITNESS:  Yeah, the -- so the
16      components that provide that functionality
17      on the aircraft would be the Viasat and
18      Anuvu systems.
19 BY MS. AN:
20      Q.   I just want to go back to the list.  Does
21 Viasat or Anuvu provide a satellite dish?
22      A.   Satellite dish.  There's an antenna.  Is
23 that what you're referring to?
24      Q.   No.
25      A.   Okay.  Then no, not that I'm aware of.

Page 56

1   Q.   Okay.  I'll just strike the question and
2   we can move to the next question.
3       A.   Okay.
4       Q.   What is a WiFi base station?
5            MR. DUNWOODY:  Object to form.
6       Outside the scope.
7            But you can go ahead and answer if
8       you know.
9            THE WITNESS:  If by "base station"
10      I -- the WiFi, my understanding of the
11      WiFi system is that they use -- utilize
12      ground stations, so maybe that's -- if
13      that's what you're referring to as part of
14      their system.
15           But as far as how exactly it works,
16      you'd have to defer to Anuvu or Viasat.
17  BY MS. AN:
18      Q.   How does Southwest implement the WiFi base
19  station in its planes?
20           MR. DUNWOODY:  Object to form.
21           I'm not sure if you can answer that.
22      It's outside the scope.  To the extent you
23      understand the question, go ahead and try.
24           THE WITNESS:  There's not -- how do
25      we implement on the planes.  There's

Page 59

```
 1    approvals in the design process over any of the
 2    components or configurations?
 3         A.   No.
 4         Q.   Does Southwest perform any standards
 5    certifications?
 6         A.   Sorry.  Let me make sure I heard you.  Did
 7    you ask if we provide any certifications?
 8         Q.   Yeah.  Any standard certifications?
 9         A.   No.
10         Q.   In Paragraph 4, what do you mean when you
11    say the word "code"?
12         A.   Software.
13         Q.   And that's source code?
14         A.   Yes.
15         Q.   Do you know whether Southwest has in its,
16    like, possession, custody and control the source
17    code related to performing channel bonding?
18              MR. DUNWOODY:  Object to form.
19              Go ahead and answer.
20              THE WITNESS:  Per my previous answer,
21         I don't know what channel bonding is, so I
22         don't know how to answer.  But we don't
23         have any source code for the WiFi systems
24         in general.
25    BY MS. AN:
```

Page 60

1    Q.   Who can I speak to about channel bonding
2    at Southwest?
3    A.   I'm not aware of anybody at Southwest that
4    would be familiar with channel bonding.
5    Q.   Do you know whether Southwest has in its
6    possession, custody and control the source code for
7    providing an Internet hot spot connected to a
8    satellite, router and subscriber access unit?
9    A.   We don't have access to any of Viasat or
10   Anuvu's source code.
11   Q.   Okay.  I want to go back and just talk
12   about the vendors that we discussed during this
13   deposition.
14        During the deposition we discussed four
15   different entities that provided or provide
16   Southwest with in-flight WiFi systems; is that
17   correct?
18        MR. DUNWOODY:  Object to form.
19        THE WITNESS:  You asked if we talked
20     about four?
21   BY MS. AN:
22   Q.   Yes.
23   A.   Being Anuvu, Viasat, I know you asked
24   about Gogo, and Panasonic?  Is that the four you're
25   referring to?

Page 70

1    would know about the relationship between AirTran
2    and Southwest?
3         A.   I guess I would probably say our legal
4    department.
5         Q.   Who in your legal department would you
6    reach out to?
7         A.   I guess Philip Tarpley.
8         Q.   What is Philip Tarpley's title?
9         A.   That I don't know.
10        Q.   Okay.  But he's part of Southwest's legal
11   team.
12        A.   Yes.
13        Q.   Is that correct?
14        A.   Yep.
15        Q.   Okay.  I was also wondering, how do you,
16   you as in Southwest, provide Internet to your
17   customers?
18             MR. DUNWOODY:  Objection.  Form.
19             THE WITNESS:  Internet with --
20        in-flight Internet is provided through the
21        WiFi systems that we purchase from Viasat
22        or Anuvu.
23   BY MS. AN:
24        Q.   Do the customers have to pay for WiFi
25   access?

1    A.   Some customers do, some customers get it
2    for free.
3    Q.   Which customers have to pay and which get
4    it for free?
5    A.   I believe our A list preferred and
6    business select, so certain can -- based on loyalty
7    program status customers get it for free.  And
8    we're not --
9    Q.   So are they -- go ahead.  Sorry.  Uh-huh.
10   A.   Everyone else has to pay.
11   Q.   Okay.  So do the members pay, like, a
12   yearly fee to be part of this loyalty program?
13   A.   No.
14   Q.   Do they get loyalty by booking flights
15   with Southwest?
16   A.   Yes.
17   Q.   Okay.  Is there, like, a credit card
18   that's, like, associated with it that helps with
19   this loyalty program?
20   A.   There is a Southwest credit card
21   associated with the Rapid Rewards loyalty program,
22   yes.
23   Q.   Okay.  And the members that do have to
24   pay, do you know how they pay?
25   A.   They submit payment through an on-line

1   portal that's managed by Viasat and Anuvu.
2       Q.   Okay.  So like, when a customer boards the
3   plane and wants to access WiFi, they can log in and
4   pay for access?
5       A.   Correct.
6       Q.   Okay.  Do you know how much they have to
7   pay?
8       A.   Right now the rate is eight dollars.
9       Q.   Eight dollars for the entire trip?
10      A.   Per flight leg.
11      Q.   What do you mean by for flight -- oh, for
12  flight length?
13      A.   Per flight leg.  So if you're on a
14  multi-leg trip --
15      Q.   Uh-huh.
16      A.   -- if you're going from Dallas to Oklahoma
17  City, and then Oklahoma City to Chicago, that's two
18  different legs, you pay per flight, not your entire
19  trip.
20      Q.   Oh, I see.  Okay.  Now I understand.  I
21  think this is, like, airline industry slang that I
22  do not know.  Okay.  Thank you.
23           Okay.  Just a coup -- a few more
24  questions.  I will now direct you to Exhibit 4.
25                    (Whereupon, Plaintiff's

```
 1            R E P O R T E R   D I S C L O S U R E
 2     DISTRICT COURT              )     DEPOSITION OF
       WESTERN DISTRICT            )     CHRIS MUHICH
 3     MIDLAND/ODESSA DIVISION     )
 4
               Pursuant to Article 10.B of the Rules and
 5     Regulations of the Board of Court Reporting of the
       Judicial Council of Georgia, I make the following
 6     disclosure:
               I am a Georgia Certified Court Reporter.
 7     I am here as a representative of Veritext Legal
       Solutions.
 8             Veritext Legal Solutions was contacted by
       the offices of Kasowitz Benson Torres to provide
 9     court reporting services for this deposition.
       Veritext Legal Solutions will not be taking this
10     deposition under any contract that is prohibited by
       O.C.G.A. 9-11-28 (c).
11             Veritext Legal Solutions has no contract
       or agreement to provide court reporting services
12     with any party to the case, or any reporter or
       reporting agency from whom a referral might have
13     been made to cover the deposition.
               Veritext Legal Solutions will charge its
14     usual and customary rates to all parties in the
       case, and a financial discount will not be given to
15     any party in this litigation.
16
17
18                              [Signature: Debra M. Druzisky]
19
                                Debra M. Druzisky
20                              Georgia CCR-B-1848
21
22
23
24
25
```