# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## AGREED SCHEDULING ORDER

| Deadline | Amended Deadline | Item |
|---|---|---|
| | May 28, 2025 | Plaintiffs serve preliminary infringement contentions of newly asserted patents in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiffs shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| | June 26, 2025 | Answer/motion to dismiss amended complaint. |
| | August 25, 2025 | Defendant serves Preliminary Invalidity Contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| | September 9, 2025 | Deadline to exchange claim terms for construction for newly asserted patents. |
| | September 16, 2025 | Deadline to exchange proposed claim constructions for newly asserted patents. |

6

| Deadline | Amended Deadline | Item |
|---|---|---|
|  | September 23, 2025 | Deadline to disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|  | September 30, 2025 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 27, 2025 | October 14, 2025 | Defendant files Opening Claim Construction Brief. |
| June 17, 2025 | October 28, 2025 | Plaintiffs file Responsive Claim Construction Brief. |
| July 1, 2025 | November 12, 2025 | Defendant files Reply Claim Construction Brief. |
| July 1, 2025 | November 12, 2025 | Deadline to jointly email law clerks to confirm *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| July 15, 2025 | November 25, 2025 | Plaintiffs file Sur-Reply Claim Construction Brief. |
| July 18, 2025 | December 1, 2025 | Joint Claim Construction Statement (email law clerk's editable copy).<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| July 18, 2025 | December 1, 2025 | Deadline to submit optional technical tutorials. |
| July 29, 2025 | December 8, 2025 | *Markman* Hearing at 9:30 a.m. CT |
| July 30, 2025 | December 9, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures. |
| November 7, 2025 | March 20, 2026 | Deadline to add parties. |
| November 21, 2025 | April 3, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 18, 2025 | March 14, 2026 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

| Deadline | Amended Deadline | Item |
|---|---|---|
| January 27, 2026 | May 29, 2026 | Deadline for the first of two meet and confers to discuss narrowing number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| February 26, 2026 | June 26, 2026 | Close of Fact Discovery |
| March 5, 2026 | July 23, 2026 | Opening Expert Reports |
| April 2, 2026 | August 20, 2026 | Rebuttal Expert Reports |
| April 30, 2026 | September 9, 2026 | Close of Expert Discovery |
| May 7, 2026 | September 16, 2026 | Deadline for the second of two meet and confers to discuss narrowing number of claims asserted and prior art references at issue to triable limits.<br><br>If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| May 14, 2026 | September 23, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
|  | October 7, 2026 | Oppositions to dispositive and *Daubert* motions |
|  | October 21, 2026 | Replies in support of dispositive and *Daubert* motions |
| May 21, 2026 | October 26, 2026 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists and deposition designations). |
| June 2, 2026 | November 5, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 2, 2026 | November 5, 2026 | Deadline to Jointly email law clerk to confirm their pretrial conference and trial dates. |
| June 9, 2026 | November 18, 2026 | Serve objections to rebuttal disclosures; file motions *in limine*. |

8

| Deadline | Amended Deadline | Item |
|---|---|---|
| June 16, 2026 | November 20, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations).<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| June 16, 2026 | November 20, 2026 | File oppositions to motions *in limine*. |
| June 23, 2026 | November 27, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| June 23, 2026 | November 27, 2026 | Deadline to file replies to motions *in limine*. |
| June 29, 2026 | December 3, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| July 1, 2026 | December 7, 2026 | File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| July 6, 2026 | December 17, 2026 | Final Pretrial Conference (in person unless otherwise requested). |
| July 27, 2026 | January 11, 2027 | Jury Selection/Trial |

SIGNED this 2nd day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE