# **Exhibit 1**

**U.S. District Court [LIVE]**
**Western District of Texas (Austin)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-00896-ADA**

Fintiv, Inc. v. Apple Inc.
Assigned to: Judge Alan D Albright

| | | |
|---|---|---|
| 07/29/2025 | | Text Order DENYING 494 Sealed Motion entered by Judge Alan D Albright. It is ORDERED that the Motion is DENIED. Memorandum Opinion forthcoming. (This is a text-only entry generated by the court. There is no document associated with this entry.) (zelc) (Entered: 07/29/2025) |

RE:

| | | |
|---|---|---|
| 07/14/2025 | 494 | Opposed Sealed Motion Emergency Motion to Continue Trial or, in the Alternative, Order Defendant Apple Inc. To Comply by Fintiv, Inc. (Attachments: # 1 Declaration of Jonathan K. Waldrop in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order) (Waldrop, Jonathan) (Entered: 07/14/2025) |