UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "Intellectual Ventures") motion for leave to file its response to Defendant Southwest Airlines Co.'s ("Defendant" or "Southwest") Rule 12(b)(6) Motion to Dismiss) (Dkt. 55) after the deadline (the "Motion"). The Court has considered the Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1. Intellectual Ventures files its Response to Defendant's Motion to Dismiss out of time and deem it timely as of the date of this Motion; and

2. The deadline for its Response to Defendant's Motion to Dismiss, from August 13, 2025 to August 20, 2025.

SIGNED this _____ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

9