IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., <br><br> *Defendant.* | Civil Action No. 7:24-cv-00277-ADA <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF EXTENSION OF DEADLINES**

Defendant Southwest Airlines Co. ("Southwest") hereby notifies the Court that Southwest and Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("IV") have agreed to a one-week extension of the following deadlines:

| Current Deadline | Amended Deadline | Item |
|---|---|---|
| September 9, 2025 | September 16, 2025 | Parties exchange claim terms for construction. |
| September 16, 2025 | September 23, 2025 | Parties exchange proposed claim constructions. |
| September 23, 2025 | September 30, 2025 | Deadline to disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| September 30, 2025 | October 7, 2025 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |

The extension is not for purposes of delay, does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: September 9, 2025

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas Bar No. 24040838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
(972) 628-3600
(972) 628-3616 fax

> David G. Henry
> Texas Bar. No. 09479355
> dhenry@munckwilson.com
> **MUNCK WILSON MANDALA, LLP**
> 510 Austin Avenue, Suite 3100
> Waco, Texas 76701
> (254) 362-2300
> (254) 362-2304 fax
>
> Tri T. Truong
> Texas Bar No. 24102969
> ttruong@munckwilson.com
> **MUNCK WILSON MANDALA, LLP**
> 807 Las Cimas Parkway, Suite 300
> Austin, Texas 78756
> 737-201-1600
> 737-201-1601 fax
>
> *Attorneys for Southwest Airlines Co.*

## **CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on September 9, 2025, I conferred with Heather Kim, counsel for Plaintiffs, via e-mail. Plaintiffs' counsel indicated that Plaintiffs agree to the requested extensions.

> */s/ S. Wallace Dunwoody*
> S. Wallace Dunwoody

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2025, the foregoing document has been served on all counsel of record via the Court's CM/ECF system.

> */s/ S. Wallace Dunwoody*
> S. Wallace Dunwoody