IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | Civil Action No. 7:24-cv-00277-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Plaintiffs") submit this Unopposed Motion to Extend Time to respond to Defendant Southwest Airlines Co.'s ("Defendant") Rule 12(b)(6) Motion to Dismiss ("Motion") (Dkt. 68) as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' Deadline to Respond to Defendant's Motion | September 30, 2025 | October 14, 2025 |

Plaintiffs' extension request does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

1

Dated: September 24, 2025      RESPECTFULLY SUBMITTED,

 By: */s/ Jonathan K. Waldrop*
   Jonathan K. Waldrop (CA Bar No. 297903)
   (Admitted in this District)
   jwaldrop@kasowitz.com
   Darcy L. Jones (CA Bar No. 309474)
   (Admitted in this District)
   djones@kasowitz.com
   Marcus A. Barber (CA Bar No. 307361)
   (Admitted in this District)
   mbarber@kasowitz.com
   John W. Downing (CA Bar No. 252850)
   (Admitted in this District)
   jdowning@kasowitz.com
   Heather S. Kim (CA Bar No. 277686)
   (Admitted in this District)
   hkim@kasowitz.com
   ThucMinh Nguyen (CA Bar No. 304382)
   (Admitted in this District)
   tnguyen@kasowitz.com
   Jonathan H. Hicks (CA Bar No. 274634)
   (Admitted in this District)
   jhicks@kasowitz.com
   **KASOWITZ LLP**
   101 California Street, Suite 3950
   San Francisco, California 94111
   Telephone: (415) 421-6140
   Facsimile: (415) 358-4408

   Jeceaca An (NY Bar No. 5849898)
   (Admitted in this District)
   jan@kasowitz.com
   **KASOWITZ LLP**
   1633 Broadway
   New York, NY 10019
   Telephone: (212) 506-1700
   Facsimile: (212) 506-1800

   Paul G. Williams (GA Bar No. 764925)
   (Admitted in this District)
   pwilliams@kasowitz.com
   **KASOWITZ LLP**
   1230 Peachtree Street N.E., Suite 2445
   Atlanta, Georgia 30309
   Telephone: (404) 260-6102
   Facsimile: (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*


By: */s/ S. Wallace Dunwoody*
Michael C. Wilson
Texas State Bar No. 21704590
mwilson@munckwilson.com
S. Wallace Dunwoody
Texas State Bar No. 24040838
wdunwoody@munckwilson.com
**Munck Wilson Mandala, LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
(972) 628-3600
(972) 628-3616 fax

David G. Henry
Texas Bar No. 09479355
dhenry@munckwilson.com
**Munck Wilson Mandala, LLP**
510 Austin Avenue, Suite 3100
Waco, TX 76701
(254) 362-2300
(254) 362-2304 fax

Tri T. Truong
Texas State Bar No. 24102969
ttruong@munckwilson.com
**Munck Wilson Mandala, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78756
737-201-1600
737-201-1601 fax

*Attorneys for Defendant*
*SOUTHWEST AIRLINES*

3

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on this 24th day of September, 2025, Heather Kim conferred with counsel for Defendant via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant is unopposed to requested extension.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 24th day of September, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop