IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | Civil Action No. 7:24-cv-00277-ADA<br><br>JURY TRIAL DEMANDED |

# ORDER

This Court, having considered Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC's ("Plaintiffs") Unopposed Motion to Extend Time to respond to Defendant Southwest Airlines Co.'s ("Defendant") Rule 12(b)(6) Motion to Dismiss ("Motion") (Dkt. 68), hereby GRANTS such Motion in its entirety. It is ORDERED that the following amended deadline shall apply:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' Deadline to Respond to Defendant's Motion | September 30, 2025 | October 14, 2025 |

Signed this ___ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATE DISTRICT JUDGE