IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant*. | Civil Action No. 7:24-cv-00277-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF U.S. PATENT NO. 7,822,841**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Intellectual Ventures II LLC hereby dismisses United States Patent No. 7,822,841 from this action without prejudice.

Dated: October 8, 2025                                RESPECTFULLY SUBMITTED,

                By: */s/ Jonathan K. Waldrop*
                    Jonathan K. Waldrop (CA Bar No. 297903)
                    (Admitted in this District)
                    jwaldrop@kasowitz.com
                    Darcy L. Jones (CA Bar No. 309474)
                    (Admitted in this District)
                    djones@kasowitz.com
                    Marcus A. Barber (CA Bar No. 307361)
                    (Admitted in this District)
                    mbarber@kasowitz.com
                    John W. Downing (CA Bar No. 252850)
                    (Admitted in this District)
                    jdowning@kasowitz.com
                    Heather S. Kim (CA Bar No. 277686)
                    (Admitted in this District)
                    hkim@kasowitz.com
                    ThucMinh Nguyen (CA Bar No. 304382)
                    (Admitted in this District)
                    tnguyen@kasowitz.com
                    Jonathan H. Hicks (CA Bar No. 274634)
                    (Admitted in this District)
                    jhicks@kasowitz.com
                    **KASOWITZ LLP**
                    101 California Street, Suite 3950
                    San Francisco, California 94111
                    Telephone: (415) 421-6140
                    Facsimile: (415) 358-4408

                    Jeceaca An (NY Bar No. 5849898)
                    (Admitted in this District)
                    jan@kasowitz.com
                    **KASOWITZ LLP**
                    1633 Broadway
                    New York, NY 10019
                    Telephone: (212) 506-1700
                    Facsimile: (212) 506-1800

                    Paul G. Williams (GA Bar No. 764925)
                    (Admitted in this District)
                    pwilliams@kasowitz.com
                    **KASOWITZ LLP**
                    1230 Peachtree Street N.E., Suite 2445
                    Atlanta, Georgia 30309
                    Telephone: (404) 260-6102
                    Facsimile: (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509

*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC and*
*INTELLECTUAL VENTURES II LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 8th day of October, 2025, via the Court's CM/ECF system.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop