# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, § § § § *Plaintiffs*, § § v. § § SOUTHWEST AIRLINES CO., § § *Defendant.* § | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Southwest Airlines Co.'s Unopposed Motion for Leave to Increase the Number of Claim Terms and Page Limits for Opening and Responsive Claim Construction Briefs (the "Motion"). The Court has considered the Motion and finds that it should be and is hereby GRANTED.

IT IS SO ORDERED this _____ day of October, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE