IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II LLC, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 7:24-cv-00277-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Southwest Airlines Co.'s Unopposed Motion for Leave to Increase the Number of Claim Terms and Page Limits for Opening and Responsive Claim Construction Briefs (the "Motion"). The Court has considered the Motion and finds that it should be and is hereby GRANTED.

There will be two Markman hearings, each addressing five asserted patents; up to ten terms and a thirty-page principal brief limit for the five-patent group not including U.S. Patent No. 8,027,326; and up to eight terms and a twenty-five-page principal brief limit for the five-patent group including U.S. Patent No. 8,027,326.

IT IS SO ORDERED this 14th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE