# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | § § § § § § § § § § § | Civil Action No. 7:24-cv-00277-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF S. WALLACE DUNWOODY

I, S. Wallace Dunwoody, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am admitted before this Court. I am an attorney with the law firm Munck Wilson Mandala LLP, and counsel for Defendant Southwest Airlines Co. ("Southwest"). I submit this Declaration in support of Southwest's Opening Claim Construction Brief for U.S. Patent Nos. 7,257,582, 7,712,080, 8,352,584, and 11,032,000.

2. I have personal knowledge of the facts herein. If called as a witness, I would testify to the following facts:

3. Attached as **Exhibit A-1** is a true and correct copy of U.S. Patent No. 7,257,582.

4. Attached as **Exhibit A-2** is a true and correct copy of Applicant Arguments/Remarks Made in an Amendment of the application for U.S. Patent No. 7,257,582 on March 6, 2007.

5. Attached as **Exhibit A-3** is a true and correct copy of Applicant's Claim Amendments to the application for U.S. Patent No. 7,257,582 on March 6, 2007.

1

6.       Attached as **Exhibit A-4** is a true and correct copy of U.S. Patent No. 7,712,080.

7.       Attached as **Exhibit A-5** is a true and correct copy of U.S. Patent No. 8,352,584.

8.       Attached as **Exhibit A-6** is a true and correct copy of U.S. Patent No. 11,032,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October 2025, at Dallas, Texas.

<u>/s/ S. Wallace Dunwoody</u>
S. Wallace Dunwoody
