# EXHIBIT A-3

Atty's 22469                                              Pat. App. 10/375,893

CLAIM AMENDMENTS

1.   (currently amended)   A method of effecting <u>on a preexisting input file</u> a computer-executable process <u>comprised of a plurality of subtasks, the method</u> comprising the steps of:

   (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions;

   (b) distributing <u>descriptions of all of</u> said partitions to <u>each of</u> a plurality of <u>subtask</u> processors ~~and activating~~

   <u>(c) simultaneously executing at least a</u> respective <u>one of the</u> subtasks of the computer-executable process in each <u>of at least some</u> of said processors <u>on a respective one of the partitions with</u> [[,]] each subtask reading and processing [[said]] <u>the respective</u> partition [[s]] <u>so as to process the respective partition and produce respective subtask output and;</u>

   <u>(d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition</u> on a first<u>-</u>come<u>/</u>first<u>-</u>serve<u>d</u> basis; and

   [[(c)]] <u>(e)</u> generating at least one output <u>combining all of the subtask outputs and</u> reflecting the processing of <u>all of</u> said subtasks.

2.   (currently amended)   The method defined in claim 1 wherein the automatic determination of file allocation and logical subdivision of records of said input file into said plurality of

partitions in step (a) and the distribution of <u>the description of all of</u> said partitions in step (b) is carried out with at least one <u>further</u> processor in addition to the subtask processors ~~formulation~~.

3. (currently amended)  The method defined in claim 1 ~~wherein each of said subtasks produces a subtask output, said method~~, further comprising the step of merging said subtask outputs ~~to produce the output of step (c)~~ <u>in step (e)</u>.

4. (currently amended)  The method defined in claim 1 wherein the output in step [[(c)]] <u>(e)</u> is a succession of outputs from said subtasks in a one<u>-</u>to<u>-</u>one correspondence with said records of said input file.

5. (currently amended)  The method defined in claim 1 wherein the output in step [[(c)]] <u>(e)</u> is an accumulation of output records from said subtasks in an arbitrary order.

6. (original)  The method defined in claim 1 wherein said input file resides on a storage area network and is derived therefrom.

7. (currently amended)  The method defined in claim 1 wherein said input file resides on a network<u>-</u>attached storage and is derived therefrom.

Atty's 22469                                                    Pat. App. 10/375,893

1          8.   (original)   The method defined in claim 1 wherein
2    said computer-executable process is a sort process.

1          9.   (original)   The method defined in claim 1 wherein
2    said computer-executable process is a statistical analysis process.

1          10.   (currently amended)   The method defined in claim 1
2    wherein said computer-executable process is a report-creating
3    process.

1          11.   (original)   The method defined in claim 1 wherein
2    said computer-executable process includes a database query.

1          12.   (currently amended)   The method defined in claim
2    [[1]] 2 wherein said one processor is part of a mainframe computer
3    and said plurality of the other processors are processors of at
4    least one other computer.

1          13.   (original)   The method defined in claim 1 wherein
2    said plurality of processors are all parts of a single
3    multiprocessor.

1          14.   (currently amended)   The method defined in claim 1
2    wherein the automatic determination of file allocation and logical
3    subdivision of records of said input file into said plurality of

- 4 -

Atty's 22469                                                Pat. App. 10/375,893

4    partitions in step (a) and the distribution of <u>the descriptions of</u>
5    <u>all of</u> said partitions in step (b) is carried out with at least
6    one processor, and said one processor and said plurality of
7    processors are all parts of a single multiprocessor <u>not including</u>
8    <u>said one processor</u>.