# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 7:24-cv-00277-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| **SOUTHWEST AIRLINES CO.,** | § § | |
| Defendant. | § § | |

## DECLARATION OF S. WALLACE DUNWOODY

I, S. Wallace Dunwoody, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am admitted before this Court. I am an attorney with the law firm Munck Wilson Mandala LLP, and counsel for Defendant Southwest Airlines Co. ("Southwest"). I submit this Declaration in support of Southwest's Opening Claim Construction Brief for U.S. Patent Nos. 7,721,282, 8,332,844, 7,949,785, and 8,407,722.

2. I have personal knowledge of the facts herein. If called as a witness, I would testify to the following facts:

3. Attached as **Exhibit A-1** is a true and correct copy of U.S. Patent No. 7,721,282.

4. Attached as **Exhibit A-2** is a true and correct copy of U.S. Patent No. 8,332,844.

5. Attached as **Exhibit A-3** is a true and correct copy of U.S. Application No. 11/026,622.

6. Attached as **Exhibit A-4** is a true and correct copy of Applicant Arguments/Remarks Made in an Amendment to the application for U.S. Patent No. 7,721,282 on October 8, 2009.

7. Attached as **Exhibit A-5** is a true and correct copy of U.S. Patent No. 7,949,785.

8. Attached as **Exhibit A-6** is a true and correct copy of patentee's Remarks made in response to the May 22, 2024 Request for *Ex Parte* Reexamination of U.S. Patent No. 7,949,785.

9. Attached as **Exhibit A-7** is a true and correct copy of Applicant Arguments/Remarks Made in an Amendment to the application for U.S. Patent No. 7,949,785 on March 22, 2007.

10. Attached as **Exhibit A-8** is a true and correct copy of U.S. Patent No. 8,407,722.

11. Attached as **Exhibit A-9** is a true and correct copy of Applicant Arguments/Remarks Made in an Amendment to the application for U.S. Patent No. 8,407,722 on February 9, 2012.

12. Attached as **Exhibit A-10** is a true and correct copy of Applicant's Brief on Appeal Under 37 C.F.R. § 41.37 for the application for U.S. Patent No. 8,407,722 filed on May 31, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October 2025, at Dallas, Texas.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody