# EXHIBIT A-3

Attorney Docket No.:PNTA-P002

# Declaration and Power of Attorney
# for a Patent Application

## Declaration

As below named inventor, I hereby declare that my residence post office address, and citizenship are as stated below my name. Further, I hereby declare that I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

BRANCHING STORE FILE SYSTEM

the specification of which:

___X___ is attached hereto, or
_____ was filed on _____ as application serial no. _____ : and
_____ was amended on _____

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above; and

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56.

## Foreign Priority Claim

I hereby claim foreign priority benefits under Title 35, United States Code Section 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Number | Country | Date Filed | Priority Claimed | |
|---|---|---|---|---|
| | | | _____ yes | _____ no |
| | | | _____ yes | _____ no |

## U.S. Priority Claim

I hereby claim the benefit under Title 35, United States Code, Section 120 and 119(e) of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Serial Number | Filing Date | Status (patented/pending/abandoned) |
|---|---|---|
| | | |
| | | |

**BEST AVAILABLE COPY**

Attorney Docket No.:PNTA-P002

## Power of Attorney

As a named inventor, I hereby appoint practitioners associated with this Customer Number:

| 41066 |
|-------|

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Send Correspondence to:

WAGNER, MURABITO & HAO LLP
Two North Market Street
Third Floor
San Jose, California 95113
(408) 938-9060

## Signatures

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole/First Inventor:     Tung M. NGUYEN

Inventor's Signature
Residence     Cupertino, CA                              Date  12/27/2004
                  (City)          (State)      Citizenship  USA
P.O. Address   22346 Mc. Clellan Road, Cupertino, CA 95014

Full Name of Second Inventor:     Richard AU

Inventor's Signature
Residence     Woodside, CA                               Date  12/23/2004
                  (City)          (State)      Citizenship  USA
P.O. Address   389 Moore Road, Woodside, CA 94062

Full Name of Third Inventor:     Eric POUYOUL

Inventor's Signature
Residence     San Francisco, CA                          Date  12-27-2004
                  (City)          (State)      Citizenship  France
P.O. Address   350 Day Street, San Francisco, CA 94131

**BEST AVAILABLE COPY**

BRANCHING STORE FILE SYSTEM

ABSTRACT

A branch and store file system. The file system includes a root file system having a base image of a distributed application. The base image is read-only accessible by compute nodes. The file system also has leaf images of the distributed application for respective ones of the compute nodes. The leaf images include changes made to instances of the base image by respective compute nodes. The file system also has a filter that controls accesses of the distributed application by the compute nodes. The compute nodes' respective instances of the distributed application are based on the base image and the compute node's leaf image.

UNITED STATES PATENT APPLICATION FOR

BRANCHING STORE FILE SYSTEM

Inventors:

Tung M. Nguyen

Richard Au

Eric Pouyoul

Prepared by:

WAGNER, MURABITO & HAO, LLP

TWO NORTH MARKET STREET

THIRD FLOOR

SAN JOSE, CALIFORNIA 95113

(408) 938-9060

PNTA-P002 JPH/RMP                                        **CONFIDENTIAL**

1

# BRANCHING STORE FILE SYSTEM

## FIELD OF THE INVENTION

[0001]    Embodiments of the present invention relate to the field of networked computing. Specifically, embodiments of the present invention relate to distributed application deployment in a multi-computer system.

## BACKGROUND ART

[0002]    In large-scale systems, a trend in software deployment is to centralize Operating System (OS) software image management on a globally accessible file system with stateless computing nodes. The compute nodes are activated with the distributed application by either diskless booting protocols or remote software installation to local storage.

[0003]    One approach to software image management is to use a single image with global process dispatch to lightweight OS node computing environments. A second approach is to dedicate one image per compute node.

[0004]    Neither of the two general approaches provides fault isolation between different instances of the distributed application while being scalable and efficient. For example, the single OS image approach does not provide fault isolation between different instances of the distributed application. Moreover, a single OS image is a bottleneck that becomes worse as the size of the system grows.

                                    CONFIDENTIAL

[0005]    The multiple OS image approach does not use system resources efficiently and is also difficult and time-consuming to install and maintain. For example, multiple OS images result in duplicated storage; therefore, system resources are not used efficiently. Moreover, using multiple OS images adds overhead to software installation and maintenance. Therefore, while multiple OS images provide isolation between instances of the distributed application, system resources are not used efficiently and installation and maintenance is time-consuming.

                    **CONFIDENTIAL**

SUMMARY OF THE INVENTION

[0006]    A branching store file system is disclosed. In one embodiment in accordance with the present invention, the file system includes a root file system containing the operating environment or base image of a distributed application, any number of shared branch images, and at least one dedicated leaf image for each compute node. The base image and shared branch images are read-only accessible by compute nodes. Shared branch images contain changes made to the base image which are visible to all compute nodes. The dedicated leaf images include further changes made to the base or branch images, visible only by respective compute nodes. The file system also has a filter that controls accesses of the distributed application by the compute nodes. A compute node's instance of the distributed application is based on the base image, branch image(s), and the compute node's leaf image(s).

[0007]    In another embodiment of the present invention, the branching store file system has branch modification logs for changes to the distributed application. The system has a root file system with a root metadata structure and a root data structure. The entries in the root metadata structure point to associated entries in the root data structure. The branching store file system also has branch modification logs for respective compute nodes. A given branch modification log has a branch data structure comprising modified data files reflecting changes made to

**CONFIDENTIAL**

an instance of the root data structure by a compute node. The branch modification log also has a branch metadata structure comprising unmodified and modified entries. The modified entries reflect changes made by the compute node to its instance of the root data structure. Further, the unmodified entries point to associated entries in the root data structure and the modified entries point to associated ones of the modified data files.

[0008]    In another embodiment of the present invention, the branching store file system comprises a base instance of a distributed application and change volumes for changes made by compute nodes to their respective instances of the distributed application. The system also has a filter program code that directs accesses of the compute nodes' respective instances of the distributed application.

**CONFIDENTIAL**

BRIEF DESCRIPTION OF THE DRAWINGS

[0009]     The accompanying drawings, which are incorporated in and form a part of this specification, illustrate embodiments of the invention and, together with the description, serve to explain the principles of the invention:

[0010]     Figure 1 is a diagram of a branching store file system with leaf images, in accordance with an embodiment of the present invention.

[0011]     Figure 2 is a diagram of a branching store file system using branch modification logs, in accordance with an embodiment of the present invention.

[0012]     Figure 3 illustrates an exemplary branching store architecture using branch modification logs, in accordance with an embodiment of the present invention.

[0013]     Figure 4 is a diagram of branching store file system employing copy on write to change volumes, in accordance with an embodiment of the present invention.

[0014]     Figure 5 is a tree structure that illustrates a branching file system, in accordance with an embodiment of the present invention.

[0015]    Figure 6 is diagram illustrating modules and structures of a file system, in accordance with an embodiment of the present invention.

[0016]    Figure 7 is flowchart illustrating a process of a branching file system, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

[0017]      In the following detailed description of embodiments of the present invention, a branching store file system, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be recognized by one skilled in the art that the present invention may be practiced without these specific details or with equivalents thereof. In other instances, well-known methods, procedures, and components have not been described in detail as not to unnecessarily obscure aspects of the present invention.

NOTATION AND NOMENCLATURE

[0018]      Some portions of the detailed descriptions that follow are presented in terms of procedures, steps, logic blocks, processing, and other symbolic representations of operations on data bits that can be performed on computer memory. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, computer executed step, logic block, process, etc., is here, and generally, conceived to be a self-consistent sequence of steps or instructions leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated in a computer system. It

has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

[0019]    It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussions, it is appreciated that throughout the present invention, discussions utilizing terms such as "removing" or "creating" or "generating" or "freezing" or "restoring" or "computing" or "resolving" or "communicating" or "determining" or "maintaining" or " providing" or "storing" or "constructing" or "performing" or "initializing" or "selecting" or "forming" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

[0020]    Embodiments of the present invention provide methods and systems for distributed application deployment in a multi-compute node environment. Embodiments of the present invention provide isolation and

                                          CONFIDENTIAL

fault containment typical of multiple OS image approaches with operation performance typical of a single OS image approach. Furthermore, embodiments of the present invention allow the flexibility to customize the application environment that is unmatched by either approach. Embodiments of the present invention are highly scalable. Embodiments of the present invention provide these advantages and others not specifically mentioned above but described in the sections to follow.

[0021]    Figure 1 is a diagram of branching store system 100 in accordance with an embodiment of the present invention for enabling distributed application deployment in a multi-computer system 116. The branching store system 100 has a number of compute nodes 114 coupled to file system 102 through a filter 110. To the compute nodes 114 it appears that they have access to their own version of a distributed application 117. However, the file system 102 does not store a separate and complete version of the distributed application 117 for each compute node 114.

[0022]    The branching store system 100 has a file system 102 containing a base image or instance 104 of a distributed application. The base instance 104 is not changed by compute nodes 114. For example, the compute nodes 114 have read-only access to the base image 104. However, if changes are made to the base image 104, those changes are essentially instantaneously known to the compute nodes 114.

**CONFIDENTIAL**

[0023]    Moreover, the file system 102 has a number of leaf images 105. For example, each compute node 114a-n has a corresponding leaf image 105a-n. A given leaf image 105 describes changes made by the respective compute node 114 to its instance of the distributed application. Thus, when a compute node (e.g., node 114a) make changes involving the base image 104, modifications are made to that compute node's leaf image (e.g., leaf image 105a). A leaf image 105 may comprise versions of entire files of the distributed application; however, this is not required. In one embodiment, the changes in the leaf image 105 are performed on a data block-by-data block basis. In another embodiment, the changes in the leaf image 105 are performed on a file-by-file basis. There may also be intermediate images (not depicted in Fig. 1) between the base image 104 and the leaf images 105.

[0024]    A compute node 114 mounts its instantiation of the distributed application via the filter 110. The filter 110 determines what leaf image 105 is needed for portions of the distributed application that the compute node 114 has changed. The filter 110 also locates the portions of the distributed application that are not changed by the compute node 114. These portions may reside in the base image 104. There may also be intermediate images (not depicted in Fig. 1) comprising versions of the base image 104 from which a compute node's instance of the distributed application is derived.

**CONFIDENTIAL**

Further, the filter 110 creates new leaf images 105 when a compute node 114 makes changes to its instantiation of the distributed application.

[0025]    By maintaining a separate instance of the distributed application for each compute node 114, embodiments of the present invention provide fault isolation between instances of the distributed application. Furthermore, by recording only changes in the leaf images, embodiments of the present invention conserve system resources. Furthermore, updates to the base image are provided to the compute nodes nearly instantaneously.

[0026]    Figure 2 is a diagram of branching store system 200 in accordance with an embodiment of the present invention in which a branch modification log is used to record changes to the base instance of the distributed application. The system 200 has a number of compute nodes 114a-n coupled to network 112 that have access to a file system 102 through a filter 110. To the compute nodes 114a-n, it appears that they have access to their own version of a distributed application 117a-n, respectively. However, the file system 102 does not store a separate and complete version of the distributed application 117 for each compute node 114.

[0027]    The branching store system 100 has a file system 102 containing a base image or instance 104 of a distributed application (e.g., a base operating system). Briefly, the base image 104 contains data and

**CONFIDENTIAL**

metadata for the base image 104 of the distributed application. The base image 104 is not changed by compute nodes 114. For example, the compute nodes 114 have read-only access to the base image 104. However, if changes are made to the base image 104, those changes are essentially instantaneously known to the compute nodes 114.

[0028]    Moreover, the file system 102 has a number of branch modification logs 205a-n. For example, each compute node 114a-n has a corresponding branch modification log 205a-n. The branch modification log 205 is one embodiment of a leaf image (Fig. 1, 105). A given branch modification log (e.g., 205a) describes changes made by the respective compute node (e.g., 114a) to its instance of the distributed application (e.g.,117). Thus, when a compute node 114 make changes involving the base image 104, modifications are made to that compute node's branch modification log 205. A compute node's instance is thus defined by at least a portion of the base image 104 and its branch modification log 205. This is indicated by the groupings 108a-n. It will be understood that a compute node's instance of the distributed application does not typically include all of the grouping 108. For example, some of the base image 104 may be copied into a branch modification log 205 and modified therein.

[0029]    A branch modification 205 contains metadata and data for a respective compute node's instance of the distributed application. However,

**CONFIDENTIAL**

the data in a given branch modification log 205 only reflects differences between the data in the base image 104 and the given compute node's instance of the distributed application, in this embodiment. A compute node 114 mounts its instance of the distributed application as pointed to by its branch modification log 205. For example, a compute node 117a accesses the base image 104 for data that is unchanged and accesses its branch modification log 205a for data that the compute node 114a has changed. Thus, this embodiment traverses inodes to determine the location of data for a compute node's instance of a distributed application.

[0030]    Figure 3 illustrates an exemplary branching store architecture 150, in accordance with an embodiment of the present invention. The exemplary branching store architecture 150 may be used in the system depicted in Figure 1 or Figure 2, although systems 100 and 200 are not limited to this architecture 150. The branching store architecture 150 has a root file system 104 (also referred to herein as a base image) and a branch modification log 205. The branch modification log 205 is one embodiment of a leaf image (Fig. 1, 105). Typically, there will be many branch modification logs 205, such that one is available for each compute node in the system.

[0031]    The root file system 104 has a root metadata structure 205 and a root data structure 210. Entries in the root metadata structure 205 point to associated entries in the root data structure 210. The root data structure

14

210 comprises the base instance of the distributed application. Neither the root data structure 210 nor the root metadata structure 205 are modified by compute nodes. However, a system management node or the like may modify the root file system 104, such that changes to the distributed application are easily and rapidly deployed to compute nodes.

[0032]    The branch modification log 205 has a branch data structure 310 comprising modified data reflecting changes made to an instance of the root data structure by a compute node. For example, when a compute node makes changes to its instance of the distributed application data is added or modified in the branch data structure 310 for that compute node.

[0033]    The branch modification log 205 also comprises a branch metadata structure 305 comprising unmodified entries 320 and modified entries 315. The modified entries 315 reflect changes made to the instance of the distributed application by the compute node. Thus, a modified entry 135 may be an entry that has a modification attribute attached to the entry. A modified entry 315 points to an associated modified data block 325. For example, if an entry has an attribute indicating that it is a modified entry, then inodes are followed to the correct block 325 in the branch data structure 310.

CONFIDENTIAL

15

[0034]    The unmodified entries 325 point to associated entries in the root data structure 210. For example, if an entry does not have an attribute indicating that it is a modified entry, then the file lookup is re-directed such that inodes are followed to the root data structure 210.

[0035]    The instance of the distributed application is thus defined by the branch metadata structure 305, wherein an unmodified portion of the distributed application resides in the root data structure 210 and a modified portion of the distributed application resides in the branch data structure 310.

[0036]    Figure 4 is a diagram of branching store system 400 in accordance with an embodiment of the present invention in which a copy on write to change volumes 405 are used to record changes to the base instance of the distributed application. Changes to a compute node's instance of the distributed application, may also be kept as a database referred to as a change volume 405.

[0037]    The file system 102 comprises a base image 104 of a distributed application 104 (e.g., a base OS) and a number of change volumes 405a-n. When a compute node 114 performs a write operation on a file, the entire original file is copied from the root image 104 into the change volume 405, if

**CONFIDENTIAL**

the file does not already exist in the change volume 405. The write operation is then performed on the copy in the change volume 405.

[0038]    When a compute node 114 mounts the distributed application, the compute node 114 mounts at least a portion of the base image 104 and the change volume 405. Access to files in a compute node's instance of the distributed application may proceed by first determining if the file exists in the compute node's 114 change volume 405, then determining if the file is in the base image 104.

[0039]    There is a filter 110 at each compute node 114, in this embodiment. Alternatively, there could be a single filter 110 at the file system 102. The implementation of the filter 110 in this embodiment may be different than the implementation of the filter 110 of system 200 of Figure 2.

Application Groups

[0040]    An embodiment of the present invention provides for application groups (AG). An AG is a way to provide a group of compute nodes their own instantiation of an application, while allowing versions of the application to be frozen from time to time. Thus, an archive of the application is created.

[0041]    At creation time, an AG comprises the original root file system. A number of leaf nodes or images are created to match the desired capacity

**CONFIDENTIAL**

demand of the AG. The leaf images can be created very quickly and require very little storage because the leaf image reflect changes to the root instance. In one embodiment, the leaf images comprise BMLs. In another embodiment, the leaf images comprise change volumes.

[0042]     Figure 5 is a tree structure 500 that illustrates a branching file system, in accordance with an embodiment of the present invention. Some nodes are read-only, others are read-write-modify. A node may change from read-write-modify to read-only. For example, creating a new edition of the AG may be accomplished by freezing a current leaf image structure and creating a new set of leaf images. The frozen node is then made read-only. Referring now to Figure 5, the root node 104 (also referred to herein as a base image) is the base distributed application. As previously discussed, the root node 104 is not modified by compute nodes for which the application is distributed.

[0043]     The first level of the exemplary tree structure 500 comprises first branch node 604 and branch node 606, which represent two different application service groups. Compute nodes have read only access to the service group applications represented by branches 604 and 606. Branch node 604 has three leaf nodes 105a, 105b, 105c. The leaf nodes 105 may be for configuration files, for example. The compute nodes can boot off from the configuration files. The leaf nodes are also referred to herein as leaf images.

In one embodiment, the leaf nodes 105 are change volumes. In another embodiment, the leaf nodes 105 are branch modification logs.

[0044]     The branch node 606 also has three leaf nodes 605d, 605e, 605f, which are analogous to the leaf nodes 605a-c associated with branch node 604. However, branch node 606 also has a service group 620, which reflects a change to the application. The service group 620 has leaf nodes 605g, 605h, and 605i.

[0045]     Figure 6 is diagram illustrating components of a file system 600, in accordance with an embodiment of the present invention. The file system 600 may be used in a copy-on-write embodiment, such as the system 400 depicted in Figure 4. However, it will be understood that the system 400 if Figure 4 is not limited to file system 600. The filter 602 presents the view to the compute nodes of a regular file system. In one embodiment, the filter presents the view of a UNIX file system.

[0046]     The file system 600 also has a table of locations 606, which indicates the locations of branch nodes. The file system has an XML document that indicates the locations. The XML document can be sent to compute nodes.

**CONFIDENTIAL**

[0047]    Also stored are base addresses 608, application addresses 610, and change addresses 612. The file system has a networking layer 614 for interfacing on the network (Fig. 4, 112).

[0048]    Figure 7 is flowchart illustrating a process 700 of branching file system access, in accordance with an embodiment of the present invention. Steps of process 700 may stored as instructions on a computer readable medium and executed on a computer processor. Step 710 is creating a root file system comprising a root image of an application.

[0049]    Step 720 is creating leaf images that are configured to record changes to the root image of the application. The leaf images comprise branch modification logs in one embodiment. In another embodiment, the leaf images comprise change volumes.

[0050]    Step 730 is creating a directory configured to access instances of the application for respective compute nodes. A respective compute node's application instance comprises at least a portion of the root image and the respective compute node's leaf image.

[0051]    Step 740 is providing the compute nodes with respective instances of the application. Step 740 may comprise a filter determining

**CONFIDENTIAL**

which files or data blocks are needed for a given compute node's instance of the application.

[0052]    Step 750 is modifying one of the leaf images in response to a corresponding compute node's access to its instance of the application. The modifying of the leaf image may include copying a file from the root image to the first leaf image and then modifying the file in the first leaf image. However, this step is not so limited. The modifying may also be performed by copying one or more data blocks from the root image to a leaf image, and modifying the data block in the leaf image. It will be appreciated that the file or data block being modified may already exists in the leaf image, in which case it does not need to be copied from the base image before modification.

[0053]    The preferred embodiment of the present invention, branching store file system, is thus described. While the present invention has been described in particular embodiments, it should be appreciated that the present invention should not be construed as limited by such embodiments, but rather construed according to the below claims.

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a    Attorney Docket #: PNTA-P002

## 1 / 7



Figure 1

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a    Attorney Docket #: PNTA-P002

2 / 7



Figure 2

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a    Attorney Docket #: PNTA-P002

3 / 7



Figure 3

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a        Attorney Docket #: PNTA-P002

4 / 7



Figure 4

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a    Attorney Docket #: PNTA-P002

5 / 7



Figure 5

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a        Attorney Docket #: PNTA-P002

6 / 7

600



Figure 6

TITLE: "BRANCHING STORE FILE SYSTEM"
INVENTOR(S): Tung M. Nguyen, Richard Au, and Eric Pouyoul
USSN: n/a    Attorney Docket #: PNTA-P002

7 / 7



700

Create a root file system comprising a root image of an application
710

Create leaf images that are configured to record changes to the root image of the application
720

Create a directory configured to access instances of the application for respective compute nodes
730

Provide the compute nodes with respective instances of the application
740

Modify one of the leaf images in response to a corresponding compute node's access to its instance of the application
750

Figure 7

CLAIMS

What is Claimed, is:

1.    A branching store file system, comprising:

5        a root file system comprising a base image of a distributed application, wherein said base image is read-only accessible by compute nodes;

leaf images comprising modified portions of said distributed application for respective ones of said compute nodes, wherein an instance of said distributed application for a first of said compute nodes is based on said base image and at least one of said leaf images; and

10

a filter that controls access of instances of said distributed application for said compute nodes.

2.    The system of Claim 1, wherein said leaf images comprise branch modification logs for said respective ones of said compute nodes.

15

3.    The system of Claim 1, wherein said leaf images comprise change volumes for said respective ones of said compute nodes.

20  4.    The system of Claim 1, wherein said filter is implemented at said compute nodes.

**CONFIDENTIAL**

5.      The system of Claim 1, wherein said filter is implemented at said root file system.

6.      The system of Claim 1, further comprising intermediate images

5    between said base image and said leaf images, wherein said intermediate images comprise application service groups.

7.      The system of Claim 6, wherein access of said compute nodes to said intermediate images is read-only.

10

8.      The system of Claim 1, wherein said distributed application comprises an operating system.

9.      The system of Claim 1, wherein said base image is concurrently

15    accessible to a plurality of said compute nodes.

10.     The system of Claim 1, wherein said leaf images are configured to be modified on a block-by-block basis.

20    11.     The system of Claim 1, wherein said leaf images are configured to be modified on a file-by-file basis.

                              CONFIDENTIAL

12.    A branching store file system, comprising:

a root file system having a root metadata structure and a root data structure, said entries in said root metadata structure pointing to associated unmodified data in said root data structure; and

5          a branch modification log for respective ones of compute nodes, comprising:

a branch data structure comprising modified data reflecting changes made to an instance of said root data structure by said branch modification log's respective compute node; and

10          a branch metadata structure comprising unmodified and modified entries, said unmodified entries pointing to associated portions of said unmodified data in said root data structure, and said modified entries pointing to associated portions of said modified data in said branch data structure, wherein an instance of a distributed

15          application for a first of said compute nodes is defined by said branch metadata structure.

13.    The system of Claim 12, further comprising a filter that directs accesses of said distributed application from compute nodes to a respective

20    compute node's instantiation of the distributed application.

14.    The system of Claim 12, wherein said distributed application comprises an operating system.

15.    The system of Claim 13, wherein said filter is configured to traverse inodes to said root data structure for accesses to said un-modified data.

5    16.    The system of Claim 13, wherein said filter is configured to traverse inodes to said branch data structure for accesses to said modified data.

17.    The system of Claim 12, wherein access to said root data structure by said compute nodes is read-only and access to said branch data structure is

10    read-write-modify by said branch modification log's respective compute node.

18.    The system of Claim 12, wherein ones of said modified entries have a modification attribute attached.

15    19.    The system of Claim 12, wherein said branch modification log is configured to receive updates to said modified data on a block-by-block basis.

20.    A branching store file system, comprising:

a root file system comprising a base instance of a distributed

20    application;

change volumes for respective ones of compute nodes and comprising modified versions of files of said distributed application; and

**CONFIDENTIAL**

a filter program code that directs accesses of said compute nodes'
respective instances of said distributed application, wherein said compute
nodes' respective instances of said distributed application are based on said
base instance and respective ones of said change volumes.

5

21.    The system of Claim 20, further comprising a table of locations
indicating locations of said change volumes.

22.    The system of Claim 20, wherein said base instance is concurrently
10    accessible to a plurality of said compute nodes.

23.    The system of Claim 20, wherein said compute nodes have read-only
access to files in said base instance.

15    24.    The system of Claim 21, wherein said distributed application
comprises an operating system.

25.    The system of Claim 20, wherein said filter performs a copy-on-write to
one of the change volumes when a compute node writes to said compute
20    node's instantiation of said distributed application.

26.    The system of Claim 20, wherein said change volumes are modified on
a file-by-file basis.

27.    A computer-implemented method of distributed application deployment, said method comprising:

creating a root file system comprising a root image of an application;

5    creating a plurality of leaf images that are configured to record changes to said root image of the application for respective compute nodes;

creating a directory configured to access instances of said application for said respective compute nodes, wherein a respective one of the compute node's instance of said application comprises at least a portion of said root

10    image and the respective compute node's leaf image; and

providing said compute nodes with said respective instances of said application.

28.    The method of Claim 27, wherein said leaf images comprise branch

15    modification logs.

29.    The method of Claim 28, wherein said providing said compute nodes with respective instances of said application comprises traversing inodes as indicated by said branch modification logs.

20

30.    The method of Claim 27, wherein said leaf images comprise change volumes.

**CONFIDENTIAL**

31.    The method of Claim 30, wherein said providing said compute nodes with respective instances of said application comprises consulting a table of locations.

5    32.    The method of Claim 27, wherein said application comprises an operating system.

33.    The method of Claim 27, wherein access to said root image by said compute nodes is read-only.

10

34.    The method of Claim 27, further comprising freezing a version of said distributed application.

35.    The method of Claim 34, further comprising creating new leaf nodes

15    that are children of said frozen version of said distributed application.

36.    The method of Claim 27, further comprising modifying a first of said leaf images in response to a corresponding compute node's access to its instance of the application.

20

37.    The method of Claim 36, wherein said modifying comprises a copying a file from said root image to said first leaf image and then modifying said file in said first leaf image.

38.     The method of Claim 36, wherein said modifying comprises a copying a data block from said root image to said first leaf image and then modifying said data block data block in said first leaf image.

**CONFIDENTIAL**