# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    *Defendant.* | Civil Action No. 7:24-cv-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS

I, Jonathan K. Waldrop, declare as follows:

1. I am a Partner with the law firm of Kasowitz LLP. I am one of the attorneys responsible for the representation of Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") in this matter and make this declaration in support of Plaintiffs' Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Applicant Amendment, dated March 6, 2007 [excerpt from the Prosecution History for U.S. Patent No. 7,257,582].

3. Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum Opinion and Order in *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. American Airlines, Inc.*, Civil Action No. 4:24-cv-980 (E.D. Tex. Aug. 19, 2025).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

2

Executed on the 14th day of October, 2025, in San Francisco, California.

                                                                    */s/ Jonathan K. Waldrop*
                                                                       Jonathan K. Waldrop